**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: | 2/3/2021 |
```

---------------------------------X

UNITED STATES OF AMERICA,     :

     :

     :     **01 CR 619(VM)**

    -against-    :    **DECISION AND ORDER**

     :

LEONARDO PIÑA,     :

     :

       Defendant.    :

---------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

By letter dated September 3, 2020, defendant Leonardo Piña ("Piña") requested that the Court assign him an attorney to pursue a motion for compassionate release because, among other things, the mother of his daughter had recently died from COVID-19. (See Dkt. No. 390.) The Court construed the letter as a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) and denied the motion without prejudice because Piña had not demonstrated compliance with Section 3582's exhaustion requirements, nor had he sufficiently established extraordinary and compelling circumstances warranting relief. (See Dkt. No. 393.)

Now before the Court is Piña's renewed request for an attorney to assist him in filing a compassionate release motion. (See attached letter.) For the reasons stated herein the request is DENIED.

In criminal matters, the right to appointed counsel "extends to the first appeal of right, and no further."

Starkes v. United States, No. 20 Civ. 0265, 2020 WL 230944, at *1 (S.D.N.Y. Jan. 15, 2020) (quoting Pennsylvania v. Finley, 481 U.S. 551, 555 (1987)). For a compassionate release motion such as the one Piña contemplates, it is within the district court's discretion whether to appoint counsel. See United States v. Hilliard, No. 17 CR 35, 2021 WL 242538, at *2 n.1 (S.D.N.Y. Jan. 25, 2021).

The Court finds that appointment of counsel is unwarranted here because Piña's chances of success on his proposed motion for compassionate release are "extremely slim." Hodge v. Police Officers, 802 F.2d 58, 60 (2d Cir. 1986); see also United States v. Myers, 524 F. App'x 758, 759 (2d Cir. 2013) ("In this case, where it was readily ascertainable from the record that Appellant was ineligible for a reduction in sentence, the court did not abuse its discretion by denying his motion for appointment of counsel." (quoting United States v. Cirineo, 372 F. App'x 178, 179–80 (2d Cir. 2010))).

As a threshold matter, Piña has now satisfied the exhaustion requirements of Section 3582(c)(1). See 18 U.S.C. § 3582(c)(1) (noting that the court may entertain a defendant's compassionate release motion after the defendant "has fully exhausted all administrative rights").

2

Nonetheless, Piña has failed to establish that the circumstances of his case entitle him to the relief he seeks.

To grant a sentence reduction under Section 3582(c)(1), the Court must find that "extraordinary and compelling reasons warrant such a reduction." Under Section 3582(c)(1), courts are authorized "to consider the full slate of extraordinary and compelling reasons that an imprisoned person might bring before [the court] in motions for compassionate release." United States v. Brooker, 976 F.3d 228, 237 (2d Cir. 2020).

Here, Piña argues that he is entitled to compassionate release for three primary reasons: (1) the increased risk of exposure to COVID-19 faced by incarcerated individuals; (2) Piña's medical condition; and (3) the death of his daughter's mother. Having considered the records Piña submitted along with his letter, the Court is unpersuaded that these reasons constitute extraordinary and compelling circumstances in his case.

First, the Court is mindful of the fact that incarcerated individuals face heightened risk of COVID-19 infection. However, "the mere existence of COVID-19 in society and the possibility that it may spread to a particular prison alone cannot independently justify compassionate release." United States v. Raia, 954 F.3d 594, 597 (3d Cir. 2020); see also

United States v. Peralta, No. 19 CR 135, 2020 WL 6683095, at
*1 (S.D.N.Y. Nov. 12, 2020) (same). Without demonstrating any
individualized risk to himself, Piña fails to establish an
extraordinary and compelling reason for release on this
basis.

Second, Piña's medical conditions likewise fail to
satisfy the extraordinary and compelling standard. To be
sure, obesity and diabetes are among the underlying
conditions that the Centers for Disease Control and
Prevention has identified as creating an increased risk of
serious illness from COVID-19. *Coronavirus Disease 2019
(COVID-19): People With Certain Medical Conditions*, Ctrs. for
Disease           Control           and           Prevention,
https://www.cdc.gov/coronavirus/2019-ncov/need-extra-
precautions/people-with-medical-conditions.html          (last
updated Feb. 1, 2021). But the other conditions Piña lists
-- including, for example, high cholesterol, back pain,
prostatitis, and depression -- are not identified as risk-
increasing underlying conditions. See id. Furthermore, Piña's
obesity and diabetes are not enough to support his motion
because the medical records he provides are from September
2019 (see attached letter at 18) and do not indicate the
current status of these illnesses, nor, more importantly, do
they suggest that the treatment he has received from the

Bureau of Prisons has failed to manage them. See, e.g., United States v. Mood, No. 19 CR 113, 2020 WL 3256333, at *1 (S.D.N.Y. June 16, 2020) (denying release to 53-year-old with diabetes, hypertension, and obesity where "[t]here is no question that [the defendant] has health issues, but his condition is stable and has been effectively managed by routine monitoring and medication"). Furthermore, at fifty-one years old, Piña is not in the "greatest risk" age group category. *Coronavirus Disease 2019 (COVID-19): Older Adults*, Ctrs. for Disease Control and Prevention, https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/older-adults.html (last updated Dec. 13, 2020). Piña's present medical condition does not, therefore, constitute an extraordinary and compelling basis to grant compassionate release.

Moreover, while the Court is mindful of the strain and hardship the pandemic has placed on many families, concern for one's family does not typically warrant relief. See, e.g., United States v. Johnson, No. 09 CR 0272, 2020 WL 3791976, at *2 (D. Md. July 7, 2020) (finding that a defendant who cited concern for himself and his family in light of COVID-19 had not shown "extraordinary and compelling" circumstances). Although Piña initially suggested that compassionate release was warranted because his daughter's mother had passed away,

his renewed submission indicates that his daughter is twenty-one years old. (See attached letter at 2.) The letter also suggests that his daughter lives in the United States, whereas Piña will be deported to the Dominican Republic upon his release from custody. The Court is sensitive to the difficulties Piña's family has no doubt experienced following the death of a relative. However, because Piña has not established both that his daughter is incapable of caring for herself and that Piña is the only available caretaker for her, the death of his daughter's mother does not warrant compassionate release. See, e.g., United States v. Francisco-Ovalle, No. 18 CR 526, 2021 WL 123366, at *3 (S.D.N.Y. Jan. 13, 2021) (denying release because although the defendant desired to care for his mother and sister, he did "not allege that he is their only potential caretaker").

Lastly, even if Piña had satisfied the extraordinary and compelling standard, compassionate release is not supported by the sentencing factors set forth in 18 U.S.C. § 3553(a). See 18 U.S.C. § 3582(c)(1) (stating that if the court finds extraordinary and compelling reasons warranting relief, it shall consider "the factors set forth in section 3553(a) to the extent that they are applicable"). On September 21, 2018, Piña was sentenced to 108 months' imprisonment upon pleading guilty to one count of assault in aid of racketeering. (Dkt.

No. 376.) At his plea hearing, Piña stated that he was a member of a group involved in drug-related crimes and that, in order to maintain his position in that group, he shot someone. (Plea Tr., Dkt. No. 354, at 30:25-32:8.) Moreover, as of the date of this Order, Piña has not yet served half of the sentence imposed. (See attached letter at 40.) The Court therefore finds that release would not adequately "reflect the seriousness of the offense," or "afford adequate deterrence to criminal conduct." See 18 U.S.C. § 3553 (a)(2).

Accordingly, it is hereby

**ORDERED** that the motion of defendant Leonardo Piña ("Piña") for appointment of counsel to assist in the submission of a motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A) is **DENIED**. The Clerk of Court is directed to mail a copy of this Order to Leonardo Piña, Register Number 21070-479, Moshannon Valley Correctional Institution, 555 Geo Drive, Philipsburg, PA 16866, and note service on the docket.

**SO ORDERED.**

Dated: New York, New York
       3 February 2021

Victor Marrero
U.S.D.J.

01 Cr 619

12.21.2020

Honorable Judge Marrero
United States District Court
Southern District of New York
40 Centre Street
New York, NY, 10007


Honorable Judge Marrero,

As for your previous communication by which you directed me to
complete and exhaust all administrative remedies in which were
available to me by GEO and the BOP, I am pleased to notify you by
evidence attached herewith  that the administrative process has
been completed as of November 25, 2020.
I humbly request that you assign a court appointed Public
defender to assist me in the next steps of filing for compassionate
release pursuant to the CARES act and 18 USC 3582 c.1.A.i, as
outlined in the Fisrt Step Act.
My sincere appreciation for your assistance and direction in
guiding me through the process of obtaining legal representation.
The severe situation of COVID-19 at GEO MVCC worsens cada dia.
Please consider my medical condition that position me in a
dangerous situation due to the COVID-19.
Many blessings to you and the officials of your honorable court.


Respectfully,

by:
Leonardo Pina
BOP # 21070479, MVCC
555 GEO Drive
Philipsburg, PA, 16866

Case No. 1:01 CR-00619-VM

Attention : Honorable Judge Vicor Marrero
United States District Court
Southern District of New York
Daniel Patrick Moynihan , US Courthouse
500 Pearl Street
New York, NY, 10007


Honorable Judge Victor Marrero ,
I would like to start by giving blessings to you and the officers
of the court.  More over, I would like to ask for an apology ,
from my behalf, for what happened in the past from your
honorable court and from the United States.
Honorable Judge, by this letter, I would like an opportunity,  as
I do not feel well. Honorable Judge, I am a new person in Jesus,
and I am facing numerous medical problems .
In 1987 1988 i was treated pneumonia and my lungs had accumulated
liquid and I almost died in my country. I am extremely concerned
and worried with the situation in this Prison.  We are 75 inmates
locked in the same dormitory , on a complete lockdown, and we sleep
packed, one over the other, in a congested area with 3 toilet stalls
and 7 showers. The situation is grave and the COVID 19 Virus is
sending every day numerous inmates and officers at the hospital
and some of those are in a critical situation .  This situation
coupled with my numerous medical conditions can certainly result
in my death, if i contract COVID.
Honorable Judge I am fighting depression due to what I have been
facing during this time of my incarceration.  I am under treatment
from psychologist and psychiatrist and I am taking pills for my
depression.  (Taro MTP 25) and thanks to this treatment I feel
more at ease. After the death of my daughter's mother I have been
emotially affected. Although I did not raise my daughter Jasmin
because when she was born in September 20, 1999, this was the same
year I went Santo Domingo, but I have always  maintained an excellant
communication with her Mother , Patria Rodriguez and with my
daughter , as she would visit Santo Domingo for vacations and for
being with me . I always give thanks to God for my family that
is supporting me in this situation, especially my daughter Allondra Pina,

Page 1 of 3

and my sister Beatriz Pina and Mindred Pina for their emotianal and financial support.

Honorable Judge, with all the respect that you deserve, I am a person that cannot speak lies because i am a new person in Jesus Christ, I would like to underline the fact that the letter I sent you wihle I was in process in MCC , it was truthful and not a single word was deceitful, it was only the truth regarding what was happening.

Honorable Judge, In the Name of Jesus Christ, I would like once again to ask you for one opportunity to allow me return to my country and reunite with my lovely family and my son Sebastian who has been ten years now in this situation and my lovely daughter Sofia who was born four years after I was incarcerated , she was born in December 14, 2016 in Santo Domingo. Thanks to God I have a very responsible wife and a lovely family that support me.

Honorable Judge I have never denied that my previous life during my youth was not commendable and it was bad. I would like to ask forgiveness once again. Just by talking about the past makes feel very bad. Many years have passed since that era, and my life since that year of 1999 has changed completely and I never had any trouble, Glory to God. I sent you this letter and this picture in order to show you how my life was, a family man and a hard working person. I am also sending you my medical record for the years I have been here. I only would like for an opportunity to be reunitted with my lovely family and I will not fail neither you nor my family. From now on I will dedicate my life working and supporting my family and serve Jesus.

Also, with all the respect that you deserve, I am attaching the contact info of my family for whatever additional information you might need, Please contact my dauther Alondra Pina : 201-473-1208, my sister Beatriz Pina : 347-631-7542 , my sister Midred Pina 347-600-4370, and my wife in santo Domingo Zesabel Peralta : 1829-964-0316.

Page 2 of 3

Honorable Judge with all the respect that you deserve, please consider the time that has passed and the time that I have in Prison, not for me, but more importantly for my family that needs me so much. I am praying for this country and all the world that are amidst this pandemic.  Many blessings to you and to your family.
May God bless the United States Of America, the Country that my children were born  and raised to be proud Americans.

Very Respectfully, thank you for your time.

by:

Leonardo Pina
BOP # 21070-479, MVCC
555 GEO Drive,
Philipsburg, PA, 16866

Administrative Remedy
Step 2 – Response

Date Filed:  November 25, 2020          Remedy ID No.:  MVCF-2020-2-093

Inmate Name: Leonardo Pina             Reg. No.:  21070-479

This is in response to your Step 2 Administrative Remedy received November 23, 2020, in which you request a Compassionate Release.

A thorough review of your request was completed.  At present, your information reveals that you have a detainer. During the designation process, the Bureau of Prisons, Designation and Sentence Computation Center, applied the Public Safety Factor of Deportable Alien, due to your citizenship to Dominican Republic. Immigration and Customs Enforcement Officials lodged a detainer on April 12, 2019, for deportation proceedings.

According to Program Statement 5050.50, all detainers and holds should be resolved. Due to this information, you appear ineligible for a compassionate release at this time.

You have exhausted all of your Administrative Remedies at this level.

_12/7/20_
Date:          Angela Dunbar, Director of Operations



**The GEO Group, Inc.**



NOV 2 4 2020

Correctional Programs
Administrative Remedies

## MOSHANNON VALLEY CORRECTIONAL CENTER
### Step 2 Administrative Remedy Form
### Paso 2 Forma De Remedio Administrativo

| Name: Leonardo Pina<br>Nombre: | BOP Number: 21070-479<br>BOP Numero: |
|---|---|
| Date: Nov 13/20<br>Fecha: | Housing Assignment:<br>Unidad Asignada: |

| FOR OFFICIAL USE ONLY – PARA USO OFICIAL SOLAMENTE |||
|---|---|---|
| Date Received:<br>11-23-2020 | Remedy #:<br>2020-2-093 | Date Due:<br>12-23-2020 |

### Complaint – Reclamo

Describe your complaint in the section below.  Be as concise as possible, but be sure to include enough identifying data to assist in a thorough investigation (e.g. dates, names, locations, times, etc…) Attach one (1) additional page if necessary and the Informal Resolution Form and Step 1 response with any other supporting documentation.

Describe su telaino en la seccion de abajo.  Dea lo mas breve posible, pero asegurese de incluir suficiente informacion para asistir en una completa investigacion (pe.. Fechas, nombres, ubicaciones, tiempos, etc…) Agregue una pagina si es necesario.

By Notice of this Appeal. I humbly request you review the decision rendered by the Facility administrator. L.J. Oddo.

It is my hope that a reversal of the denial for Compassionate Release / Transfer to home confinements is given.

Thank-You

_____
Inmate Signature

Nov 13/20
_____
Date



**Secure Services™**

***PATTERN Score:***

  N/A

***Age and vulnerability of the inmate to COVID-19, in accordance with the CDC Guidelines:***

  N/A

***Other Factors:***
During the designation process, the Bureau of Prisons, Designation and Sentence Computation Center, applied the Public Safety Factor of Deportable Alien, due to your citizenship to Dominican Republic. Immigration and Customs Enforcement officials lodged a detainer on April 12, 2019, for deportation proceedings.

Given the above factors, it does not appear that you are eligible for Compassionate Release/ Reduction in Sentence. This recommendation is non-final and may be appealed thru the Bureau of Prisons Administrative Remedy Procedures outlined in the Inmate Admission and Orientation Handbook.

It should also be noted that we are following the CDC and Bureau of Prisons Guidelines for social distancing, sanitation, education, screening of staff and inmates, and quarantine, as well as established universal precautions to every extent possible.

Sincerely,

D.J. Oddo
Facility Administrator

cc:    SSIM
       Contracting Officer



*Secure Services™*

**GEO Secure Services™**
**Moshannon Valley Correctional Facility**
555 GEO Drive
Philipsburg, PA 16866
Tel: 814-768-1200

www.geogroup.com

October 26, 2020

Inmate:   Leonardo Pina
Reg. No.: 21070-479

Re:     Letter of Request for Consideration of Compassionate Release

I write in response to the Compassionate Release/Reduction in Sentence Request received on
October 22, 2020.  A review of the request has been completed pursuant to Bureau of Prisons
Program Statement 5050.50 dated January 17, 2019, Compassionate Release/Reduction in
Sentence: Procedures for Implementation of 18 U.S.C §§ 3582 and 4202(g).

After careful review of your request, it appears that you are ineligible based on the requirements
for consideration set forth by the Bureau of Prisons.

**Detainer Status:** Yes or No – If an inmate has an ICE Detainer or the Public Safety Factor of
Deportable Alien, the inmate is ineligible for community based programs to include halfway
house, home confinement, and compassionate releases; however, if a decision is made in regards
to his deportation status and he is determined to be not deportable, the inmate becomes eligible for
those programs.

The following section would need to be filled out on all eligible cases:

*Twelve (12) month institutional history:*
    N/A

*Verifiable release plan:*
    N/A

*Offense History:*
    N/A

*Security Level of Facility:*
    N/A



**GEO**
The GEO Group, Inc.

WARDEN'S OFFICE
OCT 2 3 2020

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: Warden Mr. L. J. Oddo

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

SUBJECT: STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)
RAZON: ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

Mr. warden, Please find attached memorandum regarding my
compassionate release request pursuant 18 U.S.C. § 3582(c)(1)(A)(i)
and 18 U.S.C. § 3624(c)(2). Thank you for your attention to this
matter.

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: Leonardo Pina        No./Numero: ~~210070-479~~ 21070479
CASE MANAGER: _____        DATE: 07-16-20

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: Unit        UNIT/UNIDAD: C5
                                                                35 Low

NOTE: If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be
interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may
result in no action being taken.
NOTA: Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera
entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema
especificamente puede resultar en que no se tome alguna accion.

DISPOSITION: (DO NOT WRITE IN THIS SPACE)
DATE/FECHA: 10/27/2020
DISPOSICION: (NO ESCRIBA EN ESTE ESPACIO)

Please see attached response.

Officer/Official

IM-004 ATTACHMENT A

To: Warden Mr. J. L. Oddo
Facility Administrator
Moshannon Valley Correctional Institute
555 GEO Drive
Philipsburg, PA, 16866

Date : 07-15-2020

Re: Request for compassionate release to home confinement
pursuant to 18 U.S.C. § 3624(c)(2) or Compassionate Release
pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) for inmate
Leonardo Pina        Reg No. 210070-479.

Dear Warden,
I hereby request that you grant me  compassionate release from
imprisonment pursuant to 18 U.S.C § 3582 (c)(1)(A)(i), for
"extraordinary and compelling reasons" or that you transfer me
to home confinement for the rest of my sentence pursuant to
18 U.S.C. § 3624(c)(2) section 12003(b)(2) of the CARES Act,
and attorney general  Barr's April 3, 2020 Memorandum for the
Director  of the Bureau of Prisons, "Increasing the Home Confinement
at Institutions Most Affected by COVID-19.
Generally applicable support for my request is outlined below.
In addition, the following factors specific to me demonstrate
that I should be granted compassionate release or transferred to
a home confinement.
More specifically I have the following conditions which place me
at heightened risk for infection or severe illness, according
to the CDC:
I am over 50 years old and I have been diagnozed with several issues.
I have high Total Cholesterol
Triglycerides High Flag Value
Low HDL Cholesterol
VLDL Cholesterol

Attorney  General Memorandum for the Director of Bureau of Prisons
"Increasing Use of Home Confinement at Institutions most Affected
by COVID-19 (April 3, 2020) available at
https://justice.gov/file/1266661/download

High LDL Cholesterol
Possible Familial Hypercholesterolemia.
I suffer from Type 2 diabetes mellitus
Obesity
Other disorders of optic nerve OU ONH cupping
Low back pain
Disorder of refraction
Disorder of Urinary System
Disorder of prostate, unspecified prostatitis
Unspecified injury of thorax
Musculoskeletal chest wall pain
Body mass index (BMI) 34.0 - 34.9

I was severly attacked in the premises of this institution and
got injured at the head,  and the lips. I was attacked for no reason.
As a result of this attack I was taken to the emergency room.
I have been (since then) suffering from headaches , and the
trauma (phsychological) that I experienced during this groundless
attacks. I suffer from dizzyness on a daily basis. My lips
where bruised and swollen for days. I have been also suffering
from Nasal congestions.

I have also been suffering from a Right ankle injury that took
place in this facility as well.

I have suffered pain, and i do not believe this facility is very
safe. During the winter time, I slept while walking outside
and fell. I had my ankle injured and severely sprained. I had
to wear a boot.

I am enclosing part of my lenghty medical file as Exhibit for your
review. The entire medical record is at your disposal.

I am a resident of Pod C5. We are crowded , up to 78 people, with
no space to sit down, not enough chairs. We share 3 bathroom stalls
and 7-8 showers. It is very often that there is a line of inmates
to use the bathrooms and as you can understand there is lots of
frustration.

We have been unable to practise social distancing because there is
not enough space in the Unit. That puts me into a very dangerous
situation. The bunks are  next to each other and there is no way
to stay 6 feet apart from each other.

In the April 3 Memorandum noted above, the Attorney General
formally directed the BOP "immediately review all inmates who
have COVID-19 risk factors, as established by the Centers for
Disease and Prevention - CDC... "because he has found that COVID-19
has created an emergency conditions that are materially affecting
the functioning of BOP. To be clear, the Attorney General thus
directed the BOP to review all at risk inmates- not only those
who are previously eligible for transfer, pursuant to §3624(c)(2).
But conditions merit transfer to home confinement or release to
even more inmates. Even those younger than 65and/or otherwise healthy
patients are not immune from infection or serious complications.
Accorind to the CDC, nearly 40% of patients hospitalized from
coronavirus were 20 to 54  years old. As of March 16, 2020, more
than half of these hospitalized and nearly half of those admitted
to an Intensive care unit were under the age of 65. The Intensive
care National Audit and research center in London reports 45.8%
of those between the ages of 50-69 admitted to critical care ,
died in critical care. Data from China reflects that people over
the age of 50 (like me) face greater risk of serious illness or
death from COVID-19.
(Available at https://medrxiv.org/content/10.1101/2020.03.17.20037572v1)
At Moshannon Valley Correctional Institute, there is no way to
know (since there is no official number on the web site) how many
cases we truly have.  But his is not the end of the deliberation
process. First, there may be zero positive results reported -
but we have no idea how many inmates (if any) have been tested.
It is my understanding that no inmates have been tested for COVID-19.
If there are no positive results because there have been no tests,
then that statistic is meaningless. see United States v. Amarrah ,
17 Cr. 20464, 2020 WL 2220008, *3, *6 (E.D. Mich. May 7, 2020)
(concluding that "zero confirmed COVID-19 case is not the same
as zero COVID-19 cases" because "it is unclear whether or to what
extent FCI Loretto is testing the existing inmate population")
(emphasis in original)

In short, the virus puts every incarcerated person or BOP staff member at significant risk of infection. This also places the general community at risk because every infection can lead to several more , including those in the community who come into contact with the GEO staff who may not show any sign of the infection yet still be contagious. Transferring me to home confinement or releasing me will decrease the population and risk at this GEO facility and will reduce the risk of infection and strain on the surrounding community, without endangering the greater community.

With clean hands and in good gaith, I ask you to immediately consider my case for transfer to home confinement, or for compassionate release, and that you transfer or release me. Thank you for your consideration.


Respectfully submitted by : *[signature]*

Leonardo Pina
BOP # 210070-479, MVCC
555 GEO Drive
Philipsburg, PA, 16866

EXHIBIT 1  --- MEDICAL RECORD(S)

# GEO
**The GEO Group, Inc.**

# MOSHANNON VALLEY CENTER

21070-479
PINA, LEONARDO
DOB: 03-18-1969
ARSD: 09-13-2019  MVCF

**NAME:**
**B.O.P.#:**

**ALLERGIES:** NKDA

## PAIN ASSESSMENT

| 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| No Pain | Mild | Moderate | Severe | Very Severe | Worse |

**DATE/TIME** — S O A P N O D

Doctor/ Nurse Practitioner Visit:  -Sick Call Follow-Up,  /  -NP F/U,  MD F/U
Date Request Written: 61680  Reason: discuss 6-7-20 x-ray:
Interpreter #: 357730 spanish#  discuss restrictions

6-19-20
0940

**S:** "My foot feels better"

**O: VS:** T 98.9 P (02) R 16 BP 114/74 SPO2 96 WT 217# PAIN 5 /0-5

No distress. A+O×3. Patient presents for xray followup. WNL Study discussed. Patient state (R) ankle × foot is feeling better. Today he states that he has been getting daily tension like headaches and nasal congestion. On exam he has a perforated septum. Nares patent. TMs clear without effusion. Lungs clear to auscultation.

**A:** Right ankle fracture.        General exam stable

**IMPRESSION:** see above please.

**P/E:**

① Zyrtec 10mg 1 tab PO daily × 30 days.
② EOP care given.
③ see updated duty status.
④ Camboot returned.

Verbalized understanding.

Noted 6/19/20
1053
K. Cordgan LPN
MVCF

C. Gonder, PA-C
MVCF



# GEO
The GEO Group, Inc.

# MOSHANNON VALLEY CENTER

21070-479
PINA, LEONARDO
DOB: 03-18-1969
ARSD: 09-13-2019 MVCC

**NAME:**

**B.O.P. #:**

**ALLERGIES:** NKDA

| PAIN ASSESSMENT | | | | | |
|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 |
| No Pain | Mild | Moderate | Severe | Very Severe | Worse |

**"DO NOT USE" ABBREVIATION LIST:**
**U, IU, Q.D., Q.O.D., qhs, S.C., cc,  TRAILING ZERO AFTER A DECIMAL**

| DATE / TIME | S.O.A.P. E. NOTE |
|---|---|
| 12/19/19 1905 | S: "I'm good but my ankle hurts." |
| T 97° | O: Inmate returned from outside emergency |
| P 68 | room visit. Inmate pleasant complaints |
| R 18 | of right ankle pain 4/5. Capillary refill less then |
| BP 130/80 | 3 seconds and pedal pulses strong bilaterally. |
| 02 SAT 98% | Neurovascular checks WNL. Right ankle with |
| WT unable | soft air splint support. Penn Highlands Clearfield ER |
| PAIN 4 10-5 | phoned and they verified there is no metal |
| right ankle | in the soft air support. |
| | A: Alteration in comfort related to right ankle |
| | sprain |
| | P: PA Gonder notified of emergency room evaluation |
| | and inmates assessment findings. Verbal telephone orders |
| | ① Motrin 800mg po tid prn pain x 2 weeks. (given ibuprofen 200mg quantity 18 tabs) |
| | ② Crutches x 3 weeks ③ Soft air support right ankle x 3 weeks (Right foot nonweight bearing |
| | ④ X-ray right ankle in 2 weeks or when available |
| | ⑤ Follow up with provider in 1 week. Verified and read |
| | back x 2. Inmate instructed on crutch training. Crutches issued. |
| | E: Inmate verified understanding. Inmate released back to unit - escorted |
| | by officer.                               M. Marshall, RN |

C. Gonder, PA-C 12/26/19 0600
MVCF

on tx line to return crutches/ soft air support RTC 1-26-20

appointment with CRNP shown K.B shaffer LPN 12-19-19 at 0930

5/25

 **LabCorp** Patient Report

Specimen ID: 063-844-0149-0
Control ID: B0099830261

Acct #: 37827370     Phone: (814) 768-1258     Rte: 00

PINA, LEONARDO

Moshannon Valley Correctional
550 Geo Dr.
PHILIPSBURG PA 16866

**Patient Details**
DOB: 03/18/1969
Age(y/m/d): 050/11/14
Gender: M     SSN:
Patient ID: 21070-479

**Specimen Details**
Date collected: 03/03/2020 0504 Local
Date received: 03/03/2020
Date entered: 03/03/2020
Date reported: 03/04/2020 0707 ET

**Physician Details**
Ordering: D REVAK
Referring:
ID:
NPI: 1013029503

**General Comments & Additional Information**
Alternate Control Number: B0099830261
Total Volume: Not Provided

Alternate Patient ID: 21070-479
Fasting: Yes

**Ordered Items**
Comp. Metabolic Panel (14), Lipid Panel

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| Comp. Metabolic Panel (14) | | | | | |
| Glucose | 97 | | mg/dL | 65 - 99 | 01 |
| BUN | 19 | | mg/dL | 6 - 24 | 01 |
| Creatinine | 1.24 | | mg/dL | 0.76 - 1.27 | 01 |
| eGFR If NonAfricn Am | 67 | | mL/min/1.73 | >59 | |
| eGFR If African Am | 78 | | mL/min/1.73 | >59 | |
| BUN/Creatinine Ratio | 15 | | | 9 - 20 | |
| Sodium | 142 | | mmol/L | 134 - 144 | 01 |
| Potassium | 4.9 | | mmol/L | 3.5 - 5.2 | 01 |
| Chloride | 103 | | mmol/L | 96 - 106 | 01 |
| Carbon Dioxide, Total | 23 | | mmol/L | 20 - 29 | 01 |
| Calcium | 9.7 | | mg/dL | 8.7 - 10.2 | 01 |
| Protein, Total | 7.0 | | g/dL | 6.0 - 8.5 | 01 |
| Albumin | 4.3 | | g/dL | 4.0 - 5.0 | 01 |
| Globulin, Total | 2.7 | | g/dL | 1.5 - 4.5 | |
| A/G Ratio | 1.6 | | | 1.2 - 2.2 | |
| Bilirubin, Total | 0.2 | | mg/dL | 0.0 - 1.2 | 01 |
| Alkaline Phosphatase | 94 | | IU/L | 39 - 117 | 01 |
| AST (SGOT) | 21 | | IU/L | 0 - 40 | 01 |
| ALT (SGPT) | 29 | | IU/L | 0 - 44 | 01 |
| | | | | | |
| Lipid Panel | | | | | |
| Cholesterol, Total | 271 | High | mg/dL | 100 - 199 | 01 |
| Triglycerides | 388 | High | mg/dL | 0 - 149 | 01 |
| HDL Cholesterol | 36 | Low | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 78 | High | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 157 | High | mg/dL | 0 - 99 | 01 |

| 01 | CB | LabCorp Dublin |
|---|---|---|
| | | 6370 Wilcox Road, Dublin, OH 43016-1269 |

Dir Vincent Ricchiuti, PhD
David M. Revak, D.O.

MAR 2 5 2020

**FINAL REPORT**

Page 1 of 2

This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-282-7300.

© 1995-2020 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00

# Bureau of Prisons
# Health Services
## Inmate Intra-system Transfer

| Reg #: 21070-479 | Inmate Name: PINA, LEONARDO |
| --- | --- |

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Transfer To:  MVC

Transfer Date:  09/13/2019

## Health Problems

| Health Problem | Status |
| --- | --- |
| LTBI Prophy Refused | Current |
| Type 2 diabetes mellitus | Current |
|    Hemoglobin A1C H 6.6 drawn 11/14/18 | |
| Obesity | Current |
| Hyperlipidemia, unspecified | Current |
| Other disorders of optic nerve | Current |
|    OU ONH cupping | |
| Unspecified disorder of refraction | Current |
| Low back pain | Current |
| Disorder of urinary system, unspecified | Current |
| Disorder of prostate, unspecified | Current |
|    prostatitis | |
| Unspecified injury of thorax | Current |
|    Musculoskeletal chest wall pain | |
| Body mass index (BMI) 34.0-34.9, adult | Current |

**Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.**

Atorvastatin 10 MG Tab  Exp: 09/20/2019  SIG: Take one tablet (10 MG) by mouth each evening for control of cholesterol #1

Tamsulosin HCl 0.4 MG Cap  Exp: 09/20/2019  SIG: Take one capsule (0.4 MG) by mouth each evening #1

**OTCs:  Listing of all known OTCs this inmate is currently taking.**
  None

## Pending Appointments

| Date | Time | Activity | Provider |
| --- | --- | --- | --- |
| 08/22/2019 | 00:00 | 14 Day Dr Eval | Physician 01 |
| 10/23/2019 | 00:00 | MLP Chronic Care Follow up | MLP 02 |
| 04/25/2020 | 00:00 | Chronic Care Visit | Physician |
| 05/29/2020 | 00:00 | Optometry Exam | Optometrist |

**TB Clearance: Yes**

| | |
| --- | --- |
| Last PPD Date: 01/15/2018 | Induration: 15mm |
| Last Chest X-Ray Date: 01/25/2018 | Results: NEGATIVE |
| TB Treatment: | Sx free for 30 days: Yes |
| TB Follow-up Recommended: No | |

**Sickle Cell:**
  Sickle Cell Trait/Disease:     No

**Limitations/Restrictions/Diets:**
  Cell: lower bunk --- 08/22/2020
  Cleared for Food Service: Yes
  MDS Comments: S/P knee aspiration - Bottom bunk

**Comments:**

Generated 09/11/2019 09:37 by Garcia, Marilyn RN          Bureau of Prisons - BRO          Page 1 of 2

LabCorp

Specimen ID: 347-844-0067-0
Control ID: B0097274552

Acct #: 37827370        Phone: (814) 768-1258        Rte: 00

**PINA, LEONARDO**

Moshannon Valley Correctional
550 Geo Dr.
PHILIPSBURG PA 16866

21070-479

| Patient Details | Specimen Details | Physician Details |
|---|---|---|
| DOB: 03/18/1969 | Date collected: 12/13/2019 0505 Local | Ordering: D REVAK |
| Age(y/m/d): 050/08/25 | Date received: 12/13/2019 | Referring: |
| Gender: M        SSN: | Date entered: 12/13/2019 | ID: |
| Patient ID: | Date reported: 12/14/2019 0306 ET | NPI: 1013029503 |

General Comments & Additional Information
Alternate Control Number: B0097274552              Alternate Patient ID: Not Provided
Total Volume: Not Provided                         Fasting: Yes

Ordered Items
Lipid Panel

| TESTS | RESULT | FLAG | UNITS | REFERENCE INTERVAL | LAB |
|---|---|---|---|---|---|
| **Lipid Panel** | | | | | |
| Cholesterol, Total | 284 | High | mg/dL | 100 - 199 | 01 |
| Triglycerides | 204 | High | mg/dL | 0 - 149 | 01 |
| HDL Cholesterol | 39 | Low | mg/dL | >39 | 01 |
| VLDL Cholesterol Cal | 41 | High | mg/dL | 5 - 40 | |
| LDL Cholesterol Calc | 204 | High | mg/dL | 0 - 99 | |

Comment:
    Possible Familial Hypercholesterolemia. FH should be suspected when
    fasting LDL cholesterol is above 189 mg/dL or non-HDL cholesterol
    is above 219 mg/dL. A family history of high cholesterol and heart
    disease in 1st degree relatives should be collected. J Clin Lipidol
    2011;5:133-140

| 01 | CB | LabCorp Dublin | Dir: Vincent Ricchiuti, PhD |
|---|---|---|---|
| | | 6370 Wilcox Road, Dublin, OH 43016-1269 | |

For inquiries, the physician may contact Branch: 814-943-3115 Lab: 800-282-7300

B. Shaw, CRNP
MVCF

090
12-16-9

David M. Revak, D.O.
DEC 16 2019

Date Issued: 12/14/19 0311 ET                    **FINAL REPORT**                    Page 1 of 1
This document contains private and confidential health information protected by state and federal law.
If you have received this document in error, please call 800-282-7300

© 1995-2019 Laboratory Corporation of America® Holdings
All Rights Reserved - Enterprise Report Version: 1.00



**The GEO Group, I** **MOSHANNON VALLEY CENTER**

21070-479
PINA, LEONARDO
DOB: 03-18-1969
ARSD: 09-13-2019 MVCF

**NAME:**
**B.O.P. #:**

**ALLERGIES:** NKDA                    CS 354

| PAIN ASSESSMENT | | | | | |
|---|---|---|---|---|---|
| 0 | 1 | 2 | 3 | 4 | 5 |
| No Pain | Mild | Moderate | Severe | Very Severe | Worse |

**DATE/TIME** | **SOAP NOTE**

Doctor/ Nurse Practitioner Visit: ( -Sick Call Follow-Up,    -NP F/U,    MD F/U
Date Request Written: 5-27-20   Reason: Headaches
Interpreter #: 350205 spanish#

6-3-20

0910

S: " I am getting severe HA at night"

O: VS: T 94.4 P 80 R 16 BP 117/84 SPO2 97 WT 215 PAIN ___/0-5

No distress. A+O x3. Patient here for sick call followup for recent complaints of headaches Patient *not* supposed to be ambulating without cumboot. States he has been getting severe (R) sided headache behind head ear. *error CG 06/03/2020* States no gets HA every day. Eyes/EOMI PERRLA. cranial nerves 2-12 intact. No pronator drift. States Motrin helps HA. Denies nausea, vomiting

A: Headaches

IMPRESSION: see above please.
P/E:
① Continue with current treatment plan.
② F/U in 4 weeks for HA.

Noted 10/3/20
0952
K. Corrigan LPN
CMVCF

Verbalized Understanding

C. Gonder, PA-C   06/03/2020
MVCF
0936



21070-479
PINA, LEONARDO
DOB: 03-18-1969
ARSD: 09-13-2019 MVCF

**CORRECTIONAL HEALTHCARE SERVICES**
**NURSING ASSESSMENT PROTOCOLS**

NKDA FACILITY: MVCF

**HEADACHE PROTOCOL**

DOB: _____   Number: _____

Interpreter used? ☐ Yes ☑ No  Interpreter number NA

**SUBJECTIVE:** Chief Complaint (acute symptoms):  Allergies:
"I have headaches every night"

| | | | | | |
|---|---|---|---|---|---|
| Sick Call ✓ Routine | Urgent | Walk-In | Self-declared Emergency | True Emergency | |

Time of onset: since december  Activity at onset: NKDA  Duration: intermittent
Pain location: ___ Frontal ✓ Parietal ___ Occipital ___ Generalized  Pain intensity: (Scale 0-10) 8
One Sided or Equal: R side  Sun/heat exposure: NA
Character: ___ stabbing ___ burning ___ sharp ___ dull ___ throbbing ✓ pounding
History: ___ hypertension ___ stroke ___ diabetes ___ migraines none
Current medications (OTC & Rx) Gel mox  Any relief from meds: ✓ Yes ___ No
Associated symptoms: ___ fever ___ chills ___ diarrhea ___ nausea ___ vomiting ___ sinus congestion
___ sensitivity to light ___ neck pain/difficulty in flexing head forward  none
Change in vision: no
Recent head injury: no - was ponched in head in December per inmate no vision changes
Visual acuity: NA  OD NA  OS na  OU NA
___ Numbness NA  Tingling: Location: NA  Loss of consciousness (how long): no
Dizziness: no

**OBJECTIVE** BP: 112/17 P: 84  R: 18  T: 97.9  Weight: 210  O2 Sat: 98
Respiratory rhythm: even unlabored  Heart Sounds: regular
Mental status/orientation: alert + oriented x3.
Right pupil: Size: 3 mm  Shape: round or irregular  Reactivity: ✓ rapid ___ sluggish ___ absent
Left pupil: Size: 3 mm  Shape: round or irregular  Reactivity: ✓ rapid ___ sluggish ___ absent
Gait: ✓ steady ___ slightly unsteady ___ unable to stand
If diabetic, Glucometer result: NA
Hand grips: strong  Pedal pulses: strong
Skin: ___ Normal ___ Pale ___ Flushed ___ Cyanotic ___ Diaphoretic
Able to touch chin-to-chest with mouth closed: yes
Evidence of trauma: ___ swelling ___ abrasion ___ laceration ___ contusion none

**ASSESSMENT** alteration in comfort related to headache

**PLAN:**
1. Notify MD/NP/PA immediately if there is recent history of head injury, abnormal vital signs, abnormal blood sugar, nausea, vomiting, abnormal neurological findings, mental confusion or sensitivity to light. Consider transfer to higher level of care.
2. If visual acuity is greater than 20/50, refer for optometry exam.
3. Refer to next MD/NP/PA sick call.  - refer to provider 6/3/20 RA
4. Disposition: ✓ dorm ___ infirmary ___ observation ___ transfer to ER
5. Offer Acetaminophen 325 mg, two tabs BID, P.O. X 3 days (administer 6 pre-packaged packets as KOP) OR Offer Ibuprofen 200 mg, two tabs TID P.O. X 3 days (administer 6 pre-packaged packets as KOP).  refused - has pain meds
6. If medication is given, complete form HS-146 and place on chart behind the Nursing Assessment Protocol.

Passes issued: IAD

**EDUCATION:** Instructed on factors that trigger headaches and on stress reduction techniques.
✓ Patient verbalized understanding of above instructions.  prn sick call

Nursing Signature: _____
Print/Stamp Name: S. Sankey
MVCF

Date: 5/29/20
Time: 1130



**CORRECTIONAL HEALTHCARE SERVICES**
**NURSING ASSESSMENT PROTOCOLS**

21070-479
PINA, LEONARDO
DOB: 03-18-1969
ARSD: 09-13-2019  MVCF

TY: _____

ABDOMINAL PAIN PROTOCOL
DOB: _____   Number: _____

☐ Interpreter used?  ☒ Yes  ☐ No   Interpreter number  351044.3

SUBJECTIVE:  Chief Complaint:
My back+arm hurt, I took Ibuprofen +got nausous, I feel like puking. My pain.

Select one:  Sick Call ___ Routine ___ Urgent ___ Walk-In ___  ☒ Self-declared Emergency ___ True Emergency

Date & Time of onset: tonight   Allergies: NKDA

History of: NO
___ Ulcers ___ Gallbladder disease ___ Appendicitis ___ Recent abd surgeries ___ Recent weight change (# lbs.)

Inmate hey ivit started working out +al night did 100+ pushups

Activity at onset: NOTHING   After eating does pain: ___ Increase ___ Decrease ___ Remain the same

Current Medications: Kei Mao
Alleviating Factors: Nothing
Pain Character: ☒ Cramping ☒ Stabbing ___ Burning ___ Sharp ___ Dull   Pain Location: mid back, arms, legs, and epigastric
Pain Intensity: (Scale 0 – 10) 9/10   Flatus Yes/No
Radiation: ☒ Yes ___ No   Duration: Constant or Intermittent
Last BM: today   Consistency: normal
Amount: mod.   Blood :if yes ___ Red ___ Black ___ Maroon   How much: none
Constipation: NO
Heartburn or indigestion: Yes   ___ Frequently ☒ Occasionally ___ N/A   Degree: ☒ Mild ___ Mod ___ Severe
Urinary frequency: NO   Burning NO   Penile/Vaginal discharge NO   Low back pain
Dietary Habits: Fat Intake: mod   Alcohol Intake: little   Caffeine Intake: mild.
Smoking Habits: None

OBJECTIVE: BP: 117/83  P: 76  Normal/weak/bounding:   R: 17   T: 97.7  Weight: 210  O2Sat 98
Bowel sounds: Normal Hypo / Hyper / Absent   Present in all 4 quadrants: yes   Guarding: NO
Rebound Tenderness: NO   Jaundice NO   If states blood in stool, do Hemocult   Results: NA
Pain Location: epigastric back arm, leg
Description of observed stool: "normal" per inmate
More comfortable: ☒ Lying ___ Sitting ___ Standing   Able to sit still: NO
Skin Turgor: ☒ Normal (warm & dry) ___ Pale ___ Flushed ___ Cyanotic ___ Diaphoretic
Overall appearance: ___ No acute distress ☒ Mild distress ___ Severe distress   Obvious anxiety:

ASSESSMENT: Alteration in comfort related to arm and back pain   Obtain EKG,

PLAN: May offer choice of Antacid, Milk of Magnesia, Pentobismuth, Dulcolax, Bulk Laxative
Type: Pepto   Dose: 1 lkep pack to give according to label instructions

*If fever above 100.4 F, nausea or vomiting accompanying blood in stool, all HIV and patients with diarrhea that lasts longer than 24 hours after treatment, or if patient does appear ill, and there is pain upon palpation, the MD/NP/PA must be notified for specific orders.

EDUCATION:   Food + Ibuprofen, Tylenol in property for pain cambout tur foot pain
- Instructed to avoid spicy foods, caffeine and high fat snacks. Chew slowly & thoroughly, and drink 6-8 glasses of water daily.   as ordered.
- Instructed not to lie down at least 2 hours after eating.   stretches + warm compresses
- Instructed on stress relief measures, high fiber diet, and adequate exercise.   for back pain.
- Return if symptoms persist or worsen.
- Patient verbalized understanding of above instructions.

Nursing Signature: _____   Date: 4-24-20

Print/Stamp Name: C. Frelin, RN   Time: 2005
MVCF
REV 09-2014, 01-2016, 1-2017, 7-2019

# GEO

The GEO Group

# Moshannon Valley Correctional Facility

21070-479
**NAM** PINA, LEONARDO
DOB: 03-18-1969
**B.O.** ARSD: 09-13-2019  MVCF

**ALLERGIES:** NKDA

**"DO NOT USE" ABBREVIATION LIST:**
U, IU, Q.D., Q.O.D., qhs., S.C., cc.  TRAILING ZERO AFTER A DECIMAL

| DATE / TIME | |
|---|---|
| 4-13-2020 @ 0643 | **Administrative order.  Schedule with provider to discuss off ground appointment postponement.** |
| | **Postponed Orthopedic Follow up. Due to Covid-19 Pandemic. Will reschedule next available appointment.** |
| | David M. Revak, D.O.<br>MVCC<br>APR 13 2020<br>D120 |
| | 4/13/20<br>0930<br>K. Corrigan, LPN<br>MVCF |



# MOSHANNON VALLEY CENTER

The GEO Group, Inc.

21070-479
PINA, LEONARDO
DOB: 03-18-1969
ARSD: 09-13-2019  MVCF

**NAME:**
**B.O.P. #:**

**ALLERGIES:** NKDA

**PAIN ASSESSMENT**

| 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| No Pain | Mild | Moderate | Severe | Very Severe | Worse |

**"DO NOT USE" ABBREVIATION LIST:**
U, IU, O.D., Q.O.D., qhs., S.C., cc,  TRAILING ZERO AFTER A DECIMAL

**S.O.A.P. E. NOTE**

| DATE / TIME | |
|---|---|
| 4/10/20 | **Admin Note/Order:** |
| 1320 | Due to modified movement and total compound lock down, todays appointment will be rescheduled next available.

B. Shaw, CRNP
MVCF |

S. Hahn, RN
MVCF
4/10/20
1400



**Moshannon Valley Correctional Facility**

Printed: 02/21/20 10:07

**Subject Visitor List For**

**PINA. LEONARDO(21070-479)**

**STATUS : APPROVED**

| Full Name | Children | Relationship | Visitation Type |
|---|---|---|---|
| PERALTA-QUERO, JEZABEL  829-964-0316 | 0 | WIFE | CONTACT  829-964-0316 |
| PINA, ALONDRA | | DAUGHTER | CONTACT  201-473-1208 |
| PINA, BEATRIZ | 0 | SISTER | CONTACT  347-631-7542 |
| PINA, JASMINE | 0 | DAUGHTER | CONTACT  917-259-0590 |
| PINA, JASMINE | | DAUGHTER | CONTACT |
| PINA, LIBERTAD | | MOTHER | CONTACT  201-580-7464 |
| PINA, MILDRED | | SISTER | CONTACT  347-600-4370 |
| RODRIGUEZ, PATRICIA | | CHILD MOTHER | CONTACT |

↓

Jasmin's mother
who passed away
in 2020 From Covid-19.

Page 1 of 1



**Moshannon Valley Correctional Facility**

## Subject Visitor List For

## PINA. LEONARDO(21070-479)

**STATUS : APPROVED**

| Full Name | Children | Relationship | Visitation Type |
|---|---|---|---|
| PERALTA-QUERO, JEZABEL | 0 | WIFE | CONTACT |
| PINA, ALONDRA | | DAUGHTER | CONTACT |
| PINA, BEATRIZ | 0 | SISTER | CONTACT |
| PINA, JASMINE | 0 | DAUGHTER | CONTACT |
| PINA, LIBERTAD | | MOTHER | CONTACT |
| PINA, MILDRED | | SISTER | CONTACT |



Los últimos nueve meses todos han sido muy proactivos en la prevención de cualquier caso de COVID que ingrese a las instalaciones. Recientemente, ha habido un aumento en los casos locales de coronavirus de AP. Hemos visto un aumento en los casos positivos de personal y reclusos en esta instalación. Hemos podido aislar cualquier caso sospechoso de COVID-19 dentro de la instalación (entre personas encarceladas / detenidas, personal o visitantes que han estado adentro recientemente), continuaremos las estrategias de gestión mientras los resultados de las pruebas estén pendientes. Las estrategias de manejo esencial incluyen colocar casos y personas con síntomas bajo aislamiento médico, poner en cuarentena a sus contactos cercanos y facilitar la atención médica necesaria, mientras se observan los protocolos relevantes de control de infecciones y desinfección ambiental y se usa el equipo de protección personal recomendado.

La Administración se asegurará de que las personas encarceladas / detenidas reciban evaluación y tratamiento médicos ante los primeros signos de los síntomas del COVID-19. La evaluación médica inicial debe determinar si un individuo sintomático tiene mayor riesgo de enfermedad grave por
COVID-19.

Continuamos monitoreando el sitio web de los CDC para obtener una lista completa, y verificamos regularmente las actualizaciones a medida que haya más datos disponibles para informar este problema. El personal que evalúa y brinda atención para casos confirmados o presuntos de COVID-19 seguirá la Guía clínica provisional de los CDC para el manejo de pacientes con enfermedad por coronavirus confirmada (COVID-19) y supervisará el sitio web de la guía con regularidad para obtener actualizaciones de estas recomendaciones.

Algunas cosas para recordar para ayudar a estar seguro:
- Distanciamiento social: significa mantener un espacio entre usted y otras personas.
- Los expertos creen que el virus se transmite principalmente a través de gotitas que salen de la boca y la nariz de una persona. Cuando una persona habla, exhala, tose o estornuda, las gotas viajan alrededor de 3 a 6 pies antes de caer al suelo.

Además, continúe con sus mayores esfuerzos en materia de higiene, higiene de manos y etiqueta para la tos y el uso de una máscara. Estas son las herramientas que le ayudarán a mantenerse saludable. La seguridad del personal y de los presos sigue siendo mi prioridad número uno.

Puedo asegurarles que seguiremos las pautas y recomendaciones de los CDC para los reclusos encarcelados afectados por el virus.

Además, debido a la cantidad de trabajadores reclusos que se encuentran en estado de cuarentena, los miembros del personal han estado trabajando en el Servicio de Alimentos y Lavandería para mantener los servicios en todas las instalaciones. Anticipamos que en un futuro cercano, podremos levantar el estado de cuarentena de las unidades y devolver a los presos a sus asignaciones de trabajo.

Honorable Judge Marrero,

Please  find attached some photos of my wonderful family,
that includes my wife, my brother, my sister my wonderful children,
the grandmother of my wife, the godfather and godmother of my children
my all my wonderful children.



This is the day of my daughter's Sofia baby shower in santo Domingo in October 2016. Me and my wife Jezabel



This picture was taken in 2013 in Santo Domingo, the day of my marriage. We had been together since 2003. In the middle is my son Sebastian who was at the time 4 years old.



From Left to Right:
The Godmother of my daughter Sofia
The Godfather of my daughter Sofia
    ( Rosa and Phillis )
  My wonderful son Sebastian,
   Sofia's brother.
   Sebastian is 11 years old
   Sofia is 4 years old
   My beautiful wife Jezabel
                    Peralta- Quero

This Picture Was taken in Santo
Domingo, during the Baptism of my
daughter Sofia.



From Left:
My son, Carlos
   Me, Leonardo
  This is the day of
  my sons Matriase
  In Santo Domingo



This is my adorable daughter Jasmin Pina, the day of her graduation. Jasmins mother passed away in March 2019, from COVID-19





My Sofia, the day of her Baptism in 2019

One of my Princesses, Sofia, and my wife Izabel.

Both Pictures where taken the day of Sofia's baptism in Santo Domingo.

The new born Sofia with my older son Carlos.



This is once again the newly born Sofia with my son Sebastian.





My wife and my daughter Sofia the day of Sofia's baptism. In 2019.

Both Pictures taken in Santo Domingo



From Left: My mother Libertad Pino, my wife Jezabel, my wife's grandmother, my son Sebastian, and my sister Beatriz Pino. Note: My mom and my sister live in the United States.



My entire wonderful Family the day of Sofia's baptism in 2019. This is at the Radisson Santo Domingo.



My wonderful daughter Sofia in the hands of her GodParents. in 2019, the day of her baptism. she was born 4 days after I was incarcerated.
Both GodParents are American Citizen.
The Picture Was taken in Santo Domingo.

**GEO**

**The GEO Group, Inc.**

# INMATE REQUEST TO A STAFF MEMBER
# PETICION DE INTERNOS PARA UN MIEMBRO INSTITUCIONAL

TO/PARA: _M.S. Hertlien._

(NAME AND TITLE OF OFFICER/NOMBRE Y TITULO DEL OFFICIAL)

**SUBJECT:** STATE, COMPLETELY, BUT BRIEFLY, THE PROBLEM ON WHICH YOU DESIRE ASSISTANCE,
AND WHAT YOU THINK SHOULD BE DONE. (GIVE DETAILS)

**RAZON:** ESTIPULE COMPLETO PERO BREVEMENTE EL PROBLEMA CON EL CUAL DESEA
ASSISTANCIA Y LO QUE DEBE SER HECHO. (DAR DETALLES)

_Please provide me an updated_
_Computation Data record_

_Thank You._

(USE OTHER SIDE OF PAGE IF MORE SPACE IS NEEDED.)
(USE EL ATRO LADO DE LA HOJA IS MAS ESPACIO ES NECESITADO.)

NAME/NOMBRE: _Leonardo Pina_      No./Numero: _21070-479_

CASE MANAGER: _Mr Hertlien_      DATE: _Nov 10/20_

WORK ASSIGNMENT/ASIGNACION DE TRABAJO: _Unit_      UNIT/UNIDAD: _C5_

**NOTE:** If you follow instructions in preparing your request, it can be disposed of more promptly and intelligently. You will be
interviewed, if necessary, in order to satisfactorily handle your request. Your failure to specifically state your problem may
result in no action being taken.

**NOTA:** Si usted sigue las instrucciones en preparar su peticion, puede ser dispuesta mas rapida y inteligentemente. Usted sera
entrevistado si es necesario para poder manejar su peticion satisfactoriamente. Su negligencia en declarar su problema
especificamente puede resultar en que no se tome alguna accion.

**DISPOSITION:** (DO NOT WRITE IN THIS SPACE)
DATE/FECHA:
**DISPOSICION:** (NO ESCRIBA EN ESTE ESPACIO)

Officer/Official

IM-004 ATTACHMENT A

```
  MVCCX  540*23  *              SENTENCE MONITORING        *      11-12-2020
PAGE 001            *            COMPUTATION DATA           *      12:06:47
                                 AS OF 11-12-2020


REGNO..: 21070-479 NAME: PINA, LEONARDO


FBI NO...........: 389271VA9        DATE OF BIRTH: 03-18-1969  AGE:  51
ARS1.............: MVC/A-DES
UNIT.............: UNIT C           QUARTERS.....: C05-035L
DETAINERS........: YES              NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 02-11-2024

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  08-11-2024 VIA GCT REL


----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: NEW YORK, SOUTHERN DISTRICT
DOCKET NUMBER...................: 01 CR 619
JUDGE...........................: MARRERO
DATE SENTENCED/PROBATION IMPOSED: 09-21-2018
DATE COMMITTED..................: 10-29-2018
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


            FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.: $100.00       $00.00        $00.00      $00.00

RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

----------------------CURRENT OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  547      18:1925(B) RACKETEERING
OFF/CHG: 18:1959(A)(3) ASSAULT IN AID OF RACKETEERING (CT.1)

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:  108 MONTHS
  DATE OF OFFENSE................: 12-11-2016




  G0002      MORE PAGES TO FOLLOW . . .
```

```
    MVCCX  540*23 *            SENTENCE MONITORING        *     11-12-2020
PAGE 002           *          COMPUTATION DATA           *     12:06:47
                                AS OF 11-12-2020


REGNO..: 21070-479 NAME: PINA, LEONARDO


-------------------------CURRENT COMPUTATION NO: 010 -------------------------

COMPUTATION 010 WAS LAST UPDATED ON 02-28-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-06-2018 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 09-21-2018
TOTAL TERM IN EFFECT............:   108 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     9 YEARS
EARLIEST DATE OF OFFENSE........: 12-11-2016

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                    12-11-2016     09-20-2018


TOTAL PRIOR CREDIT TIME.........: 649
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 486
TOTAL GCT EARNED................: 162
STATUTORY RELEASE DATE PROJECTED: 08-11-2024
ELDERLY OFFENDER TWO THIRDS DATE: 12-11-2022
EXPIRATION FULL TERM DATE.......: 12-10-2025
TIME SERVED.....................:     3 YEARS     11 MONTHS      2 DAYS
PERCENTAGE OF FULL TERM SERVED..:  43.5
PERCENT OF STATUTORY TERM SERVED:  51.1

PROJECTED SATISFACTION DATE.....: 08-11-2024
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 11-28-18:COMP ENTERED D/DMR
                02-28-20: UPD FOR FSA/GCT D/LLF




G0002       MORE PAGES TO FOLLOW . . .
```

Case 1:01-cr-00619-VM   Document 402   Filed 02/03/21   Page 48 of 88

```
  MVCCX  540*23  *          SENTENCE MONITORING           *     11-12-2020
PAGE 003 OF 003 *          COMPUTATION DATA              *     12:06:47
                           AS OF 11-12-2020


REGNO..: 21070-479 NAME: PINA, LEONARDO


------------------------------ CURRENT DETAINERS: ------------------------------

DETAINER NO..: 001
DATE LODGED..: 04-12-2019
AGENCY.......: IMMIGRATION & CUSTOMS ENFORCE
AUTHORITY....: ALLENWOOD, PA
CHARGES......: PROBABLE CAUSE EXISTS THAT THE SUBJECT IS A REMOVABLE ALIEN
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```



**The GEO Group, Inc.**

Inmate Withdrawal Form

Inmate Name _Leonardo Piño_

Unit / Pod _Cs - 35 L_

BOP # _21070-479_          Amount: _Postage_ _$5.75_

Recipient Name and Address:

Please check one below:    _JAZMIN PINA_     / _Daughter_
                           Name/Relationship/Phone Number
                           _2128 VIRGIL DL_
○ Hobby Craft              Address
○ R&D                      _BRONX, NY 10473_
○ Transfer of Funds        Address

_MAIL_                     _____
                           Address

Reason _Certified Mail_
                    _7019 1640 0001 1165 6031_

_Leonardo Piño_                    _B. Kunce_
Inmate Signature                   Unit Staff Signature
                                   ***Verified Inmate Name and BOP#

If amount requested is over $250 forward to Deputy Warden, Deputy Warden forward to
SIS. **Please utilize a routing sheet for this procedure.**

_____
SIS Signature

_____
Assistant Facility Administrator

MVCC 2008



**The GEO Group, Inc.**

Inmate Withdrawal Form

Inmate Name _Leonardo Pina_

Unit / Pod _CS - 35L_

BOP # _21070 -479_                   Amount: _____

Recipient Name and Address:

Please check one below:          _JAZMIN PINA_
                                 Name/Relationship/Phone Number
| o | Hobby Craft |
| o | R&D |
| o | Transfer of Funds |

_2128   VIRGIL DL_
Address
_BRONX,  NY  L0473_
Address

_____
Address

Reason _Mail_____

_____

_____

_____

/Inmate Signature/              Unit Staff Signature
                                ***Verified Inmate Name and BOP#

If amount requested is over $250 forward to Deputy Warden, Deputy Warden forward to SIS. **Please utilize a routing sheet for this procedure**.

_____
SIS Signature

_____
Assistant Facility Administrator

MVCC 2008

## MOSHANNON VALLEY CORRECTIONAL FACILITY
## MEDICAL DEPARTMENT

**DATE:**      3-13-2020

**INMATE:**   Pina, Leonardo     21070-479

*C5-4L*

**PROCEDURE:**  Your Orthopedics follow up has been scheduled.  If you decide that you do not wish to keep this appointment,
please write a cop-out to my attention within the next 10 days.

 This will allow us to notify the doctor's office and utilize the time for another patient.

Thank you,


Ms. E. Shaw

```
   MVCCX           *       INMATE FINANCIAL RESPONSIBILITY      *      05-05-2020
 PAGE 001 OF 001 *   DISPLAY INMT FINANCIAL OBLG ADJUSTMENTS   *      11:04:16


REGNO: |21070-479  OBLG NO: |ALL   NO. ADJ TO VIEW: |15     FUNC: |DSS
NAME.: PINA, LEONARDO                    TYPE OBLG: ASSESSMENT USDC
OBLG STATUS.: WAIT PLAN   OBLG BAL..: 24.96        OBLG NO: 1
DATE ADDED FCL  ADJ TYPE   ADJ REASON      ADJ AMT    DEP NO.  DETAIL
04-17-2020 MVC  PAYMENT    OUTSIDE           8.34                |N
03-06-2020 MVC  PAYMENT    OUTSIDE           8.34                |N
02-06-2020 MVC  PAYMENT    OUTSIDE           8.34                |N
01-06-2020 MVC  PAYMENT    OUTSIDE           8.34                |N
12-07-2019 MVC  PAYMENT    OUTSIDE           8.34                |N
11-05-2019 MVC  PAYMENT    OUTSIDE           8.34                |N
06-11-2019 SCH  PAYMENT    INSIDE PMT       25.00     9091       |N
```

05-04.20

G0005        TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

## MOSHANNON VALLEY CORRECTIONAL FACILITY
## MEDICAL DEPARTMENT

**DATE:**    2-27-2020

**INMATE:**  Pina, Leonardo        21070-479

**PROCEDURE:** Your Orthopedic consultation has been scheduled.  If you decide that you do not wish to keep this appointment, please write a cop-out to my attention within the next 10 days.

  This will allow us to notify the doctor's office and utilize the time for another patient.

Thank you,

**Ms. E. Shaw**

```
SCHCZ   606.00 *        MALE CUSTODY CLASSIFICATION FORM       *        06-28-2019
PAGE 001 OF 001                                                          11:45:36
```
                          (A) IDENTIFYING DATA

REG NO..: 21070-479            FORM DATE: 06-28-2019          ORG: SCH
NAME....: PINA, LEONARDO

                                      MGTV: NONE

PUB SFTY: GRT SVRTY                   MVED:
                          (B) BASE SCORING

DETAINER: (0) NONE             SEVERITY.......: (7) GREATEST
MOS REL.: 63                   CRIM HIST SCORE: (00) 0 POINTS
ESCAPES.: (0) NONE             VIOLENCE.......: (0) NONE
VOL SURR: (0) N/A              AGE CATEGORY...: (2) 36 THROUGH 54
EDUC LEV: (2) NO VERFD HS/ NO GED   DRUG/ALC ABUSE.: (0) NEVER/>5 YEARS
                          (C) CUSTODY SCORING

TIME SERVED.....: (4) 26-75%   PROG PARTICIPAT: (2) GOOD
LIVING SKILLS...: (2) GOOD     TYPE DISCIP RPT: (5) NONE
FREQ DISCIP RPT.: (3) NONE     FAMILY/COMMUN..: (4) GOOD


                    --- LEVEL AND CUSTODY SUMMARY ---

BASE CUST VARIANCE   SEC TOTAL   SCORED LEV MGMT SEC LEVEL   CUSTODY  CONSIDER
+11  +20    -4         +7          LOW         N/A              IN     DECREASE


G5149     INMATE/DESIG FACL LEVEL MISMATCHED, HAVE DSCC ADD A MGTV
G0005     TRANSACTION SUCCESSFULLY COMPLETED - CONTINUE PROCESSING IF DESIRED

Under the First Step Act , this Court has broad authority to determine whether extraordinary and compelling circumstances exist to modify petitioner's sentence and release him to home confinement. This motion is ripe because Petitioner requested relief more than 30 days ago.

The First Stept Act , expressly permits Petitioner to move this court to reduce his term of imprisonment and seek compassionate release. See 18 U.S.C. § 3583(c)(1)(A)(i).

Under normal circumstances , a Petitioner can seek recourse through the courts after either (1) the Federal Bureau of Prisons (BOP) declines to file such a motion on his behalf ; or (2) there has been a lapse of 30 days from the Warden's receipt of the Petitioner's request, whichever is earlier.Id.

Petitioner transmitted requests  for compasisonate release to the Warden at Moshannon Valley Correctional Institute . See Exhibit(s) Petitioner has exhausted the administrative process.


There are extraordinary and compelling circumstances to grant this request.

After exhausting the administrative process or the lapse of 30 days , " a court may then reduce the term of imprisonment " after finding that extraordinary and compelling reasons warrant such a reduction and such a reduction is consistent with applicable policy statements issued by the sentencing commission. United States v. Ebbers, 02 Cr. 1144 (VEC), 2020 WL 91399, at *4, Dkt. No. 384 (S.D.N.Y. Jan 8, 2020). In making such a decision , a court must also consider the sentencing factors set forth in section 3553(a) to the extend that they are applicable Id. (quoting 18 U.S.C. §(c)(1)(A)). The sentencing commission does not constraint the court's independent assessment of whether extraordinary and compelling reasons warrant a sentence reduction in light of the First Step Act's amendments. United States v. Beck 13, Cr. 186, 2019 WL 2716505, at *5-6 (M.D.N.C. June 28, 2019); See also Ebbers, 2020 WL 91399, at *4. Indded the district courts themselves have the power to determine what constitute extraordinary and compelling reasons  for compassionate release. United States v. Young , 00 Cr. 02, 2020 WL 1047815, at *6 (M.D.Tenn. Mar. 4, 2020) (finding the legislative history of 18 U.S.

United States v. Pabon, 17. Cr. 165 Dkt. No. 118 (E.D. Pa. ,
May 4, 2020) (granting compassionate release because if the Court
waits to act until BOP confirms its first case of COVID-19
at Lewisburg, it may be toolate for vulnerable inmates like the
defendant , and the courtis not willing to take that risk)
United States. V. Fazio, 11 Cr. 873(ER). Dkt. No. 329
(S.D.N.Y May 15, 2020)granting compassionate release for a defendant
at FCI Fort Dix low facility); United States v. Pagliuca,
17 Cr. 432 (CS), Dkt. No. 63 (S.D.N.Y. May 18, 2020) (same);
United States v. Joel Prado, 13Cr. 811 (ALC), Dkt. No. 722
(S.D.N.Y. Apr. 30, 2020) (Granting compassionate release for a
defendant at FCI Schuylkill; United States v. Ozols, 16 Cr.
692 (JMF), Dkt. No. 488 (S.D.N.Y. Jun 2, 2020) (granting
compassionate release for a defendant at FSL Jessup).


Petitioner's Immigration detainer is not Disqualifying.

The Warden at Moshannon Valley CI based his denial  of Petitioner's
request for compassionate release on the fact that Petitioner
is a deportable alien and because Immigration and customs Enforcement
(ICE) has lodged a detainer for deportation proceedings.
See Exhibit - Warden's Response and Administrative Process
Therefore the Warden writes that Petitioner is ineligible for
community programs to include halfway house , home confinement
and compassionate release.
This stated bar however does not appear in 18 U.S.C § 3582 nor does
it appear as a bar in the applicable Bureau of Prisons program
statement. Unresolved detainers fall into the category of
circumstances that should be considered along with the nature
and circumstances of the offense, criminal history, supervised
released violations, among many other factors. See Programs
statement 5050.50 at p.12 available at  https://www.bop.gov/policy
/progstat/5050_050_EN.pdf.
The program statement cautions that all detainers and holds should
be resolved prior to the Warden's submission of a case ; If a
detainer cannot be resolved , then an explanation is needed. Id.
at p.13. Thus, under BOP's own criteria , the detainer is simply

prison and could have been curbed if prison leaders acted sooner
]and were more transparent.  See Kimberly Kindy, et al.,
These towns love their federal prison. But COVID-19 is straining
their relationship.  The Washingotn Post, May 9, 2020, available
at  https://www.washingtonpost.com/national/these-towns-love-
their-federal-prison-but-covid-19-is-st raining-their-relationship/
2020/05/08/68e93702-9084-11-ea-9e23-6914ee410a5f_story.html.
Petitioner is housed at a GEO facility which is run by the same
GEO Group that :
1. Was found in 2013 guilty of "Doctoring its own Wikipedia Page".
2. Has been classified by the A.C.L.U. as "Prison profiteers"
3. GEO secretly banned COVID-19 testing thus makes them complicit
in the policy of endangering Inmates health and well being.
4. The A.C.L.U. in a recent filing against GEO California found
that GEO when  considering releasing an inmate striken with
cancer was on the record of saying "...but he is not dying fast enough,
to warrant a dire situation. "
5. In 2018 it was found "ICE contactor (GEO) scares activists with
legal  threats in an effort to cover up misdoings.  - Source: A.C.L.U.
6. In a recent interview  with the A.C.L.U. it was a general consensus
among inmates at GEO "They dont care if you die".
 There is a significant reason to believe that the number of positive
cases reported in federal prisons are artificially low.
If the prisons are not testing people , they cannot say whether or
not the virus is under control. Indeed the BOP facilities at Oakdale
, Elkton, and Butner all posted low numbers shortly before inmates
started dying; There are over  21 deaths among these facilities
alone Id.
As a private fecility , Moshannon Valley is far more of a black
box regarding the information that is made available to the
public.  Unlike BOP facilities accross the country , Moshannon Valley
does not post its statistics on the BOP website , tallying
rates  of infection and death. Nor to date, is anyone aware of any
independent inspections or litigation regarding the conditions there.
At the GEO facility in Queens , NEW York, GEO has tested only 44
inmates and 39 of them were positive. The actual rates might be even
higher. That is a rate of 89 percent. There were also 30 positive

staff members.

GEO Queens medical team is severely understaffed. There is only one physician , Dr. Sajjad Mohammad, and one Registered Nurse (RN) on staff, both of whom visit the facility infrequently .

Currently , only one health professional - a licenced practical Nurse (LPN) - visits the facility  on a daily basis. The LPN makes only cursory rounds to hand out pre-prescribed medication , take temperatures, and monitor high risk and COVID-19 positive inmates. Inmates are left alone with  no medical monitoring for many hours at a time and there are no medical staff onsite at the facility at night. Moreover, because the LPNs are not licenced to prescribe medications or perform medical procedures, inmates who are experiencing symptoms of COVID-19 , but who have not been tested, cannot obtain needed medications or treatment. Given the current conditions at GEO Queens , it is likely that the majority of the inmate population has been exposed to COVID-19 but who have not been tested cannot obtain treatment.

Given that they run by the same company , logic dictates that Moshannon Valley C.I. may have similar medical staffing shortcomings. Moshannon Valley C.I. has at least three staff members tested positive.

As of October 25 2020, Unit A was placed on a strict lockdown by fear of COVID-19 outbreak, while the remaining compound inmates are kept in the dark without any updates.

When queried by any inmates about anything COVID-19 related the the Unit Manager responded faciciosuly " I did not know that we now house Dr. Fauci's here ".

So the statistics that Moshannon Valley (if any) publishes are misleading. There has been no testing to any inmates for COVID-19. Courts have repeatedly discounted the government's reliance on a rate of zero in the absence of widespread or any testing. Petitioner urges the court to do the same.

Another Court has recently granted a compassionate release petition for a defendant who was also serving time at Moshannon Valley C.I. See. United States v. Molina Acevedo, 18 Cr. 365(LGS), 2020 WL 3182770 (S.D.N.Y. June 15, 2020). In that case, Judge Schofield credited the defendant's description of the living situation at the

the facility. Id. at *3 ("a Unit with seventy four inmates who share three toilets and showers, a single sink to wash their hands, and four or five other sinks for washing personal items.

Also , Petitioner want to bring to Court's attention the fact that an additional layer of quarantine was implemented due to a severe varicella outbreak . During this heightened period of uncertainty which caused severe angst to the inmates the facility blocked the ability to change  weekly linen that was afforded to the inmates which resulted in a three week fermentation of the virus in the pod.  To underscore this point the mental anguish in which the inmates faced was monumental to say  the least. Daily sick calls to the prison psychiatrist  increased seven fold  due to the stress and anxiety increase.

The deplorable confined conditions the inmates face include make shift Gyms in the toilets , Christian bible studies in the limited shower stalls, petitioner asks the court to imagine to have seventy four grown men living in a thousand square foot area. The previous referenced Gym facility and bible study facility in toilets ans shower stalls may seem laughable to some but it is the harsh reality behind the veiled doors of GEO Moshannon Valley.

On October 30, 2020 the curtains used to partition the three toilets were inexplicably removed in the wee hours of the morning.  To the dismay and shagrin to the inmates who awoke to use the gentlemen's convinience as part of the morning routine, there were shocked and dishearten to come to the realization that they would have to use the toilet "for number 2 purposes" (using the prison Jargon) in full view of the entire dorm, and while other inmates where brushing their teeth less than one foot away and using the microwave less than 6 feet away to make their morning breakfast. This is nothumane conditions.

Also, as of three months ago there were 6125 federal inmates and 700 BOP staff members that have tested positive for COVID-19.

of 18 U.S.C. § 3582(c)(1)(A) indicates that lawmakers  thought that
extraordinary and compelling reasons for a sentence reduction
should not be limited to medical condition , age, and family
circumstances  and granting compassionate release. )
The United States Sentencing guidlines Application Notes to Section
1B.13 describe four potential extraordinary and compelling reasons,
<u>United States v. Venice</u>, 17 Cr. 89 (CS), Dkt. No. 1009 (S.D.N.Y.
May  7, 2020); <u>See</u> U.S.S.G. § 1B.13, cmt, n.t(A)-(D), including  a
catch all fourth category.
- Other reasons - As determined  by the Director of the bureau of
Prisons, there exists in the Petitioner's case an extraordinary
and compelling reason than, or in combination  with, the reasons
described in subdivisions (A) through (C).
U.S.S.G. § 1B.13. cmt. n.1(D). Like the defendant in <u>Venice, supra,</u>
Petitioner does not suggest he meets any of the first three categories
, but argues that the risk the corona virus pandemic poses to one
with his conditions meets the fourth category.
Many courts have consider granting compassionate release during the
instant pandemic. <u>See, e.g United States v. Knox</u>, 15 Cr.  445
(PAE), Dkt. No. 1088 (S.D.N.Y. Apr 10, 2020), ; <u>United States v. Resnick,</u>
12 Cr. 152 (CM), Dkt. no. 461 (S.D.N.Y. Apr, 2, 2020);
<u>United States v. Perez,</u>  17 Cr. 513 (AT), Dkt No. 98 (S.D.N.Y. Apr, 1
, 2020);  <u>United States v. Sawicz</u>, 08 Cr. 287 (ARR), 2020, WL 1815851
(E.D.N.Y. Apr. 10, 2020); <u>United States v. Field,</u> 18 Cr. 426 (JPO)
Dkt. No. 38 (S.D.N.Y. Apr. 6, 2020); <u>United States v. Musumeci,</u>
07 Cr. 402 (RMB), Dkt. No. 58 (S.D.N.Y. Apr. 28 2020);
<u>United States v. Fazio,</u>  11 Cr. 873(ER), Dkt. No. 329 (S.D.N.Y. May
15, 2020).


## Jail is not a safe place for petitioner


The COVID-19 pandemic is extraordinary and unprecedented  in
modern times in this nation. It presents a clear and present dangger
to free society for reasons that need no elaboration.
<u>United States v. Hernandez</u>, 18 Cr. 834 (PAE), 2020 WL 1684062,
at *3 (S.D.N.Y. Apr. 2, 2020). COnfined to a small cell where
social distancing  is impossible Petitioner and inmates like
him cannot protect them selves from the spread of a dangerous

and highly contagious virus. United States v. Perez , 17 Cr. 513
(AT), 2020 WL 1546422, at *4 (S.D.N.Y. Apr. 1, 2020). Effective
and social distancing in most facilities is virtually impossible
and crowding  problems are often compounded  by inaquate sanitation
such as lack of hand sanitizer or sufficient opportunities to
wash hands. See  Exhibit - Affidavit from Brie Williams, M.D.
Conditions of confinement create an ideal environment for the
transmission of highly contagious diseases like COVID-19  See id.
("Because inmates live in close quarters, there is an extraordinary
high risk of accelerated  transmission  of COVID-19  within jails
and prisons.
Inmates share small cells , eat together and use the same bathrooms
and sinks... They are not given tissues or sufficient hygiene supplies.
In jails the probability of transmission of potentially pathogenic
organisms is increased by crowding , delays in medical evaluation
and treatment, rationed access to soap, water, and clean laundry
and insufficient infection control expertise. See Joseph A. Blick
(2007). Infection control in Jails and Prisons . Clinical
infectious Diseases 45(8):1047-1055, at https://academic.oup.com/
cid/article/45/8/1047/344842.
As the pandemic has persisted , jails officials have exposed the
insufficiency of protective measures in federal facilities
accross the country. For example the Warden at FCI Fort Dix said :
"Social distancing is not possible at this environment. (See A.C.L.U
of New Jersey , Press release, availabe at https://aclu-nj.org/
news/2020/05/04/medically-vulnerable-people -federal-prison-file-
class-action.
At FCI Ray Brook, the head of the correctional workers union said:
The measures put in place are nothing more than an attempt to
appear that we are addressing the issues, while in reality we are
doing nothing. See* James Weldon, Correctional Officers' Union
Sounds the Alarm, Adirondack Daily Enterprise (Mar. 24, 2020)
available at https://www.adirondackdailyenterprise.com/opinion/
guest-commentary/2020/03/correctional officers-union-at-fci-ray-
brook-sounds-the alarm/.
In the community where FCC Lompoc is located, the mayor stated that
the spread of COVID-19 in the community is largely due to the

On November 4 2020, at 09:20 am , The Facility Administrator
L.J.Oddo escorted by United Manager D. Jones announced at Charlie
Unit that 4 staff members have been tested positive for COVID.
To this date no widespread Inmate testing has been conducted.
So up to this date, nobody has any idea how many inmates have been
tested.
The chances that there actually no people (inmates) with COVID-19
at Moshannon Valley are very slim. For example the federal prisons
In California , finally engaged in a widespread testing, and they
found 70 percent of the population at Lompoc and 65 percent of
the population at FCI terminal island were positive for COVID-19.
In Pennsylvanis where Moshannon Valley is located there are at
least 75,800 cases of coronavirus  and at least 7,000 deaths.
See Pennsylvania Department of Health website , available at
https://health.pa.gov/topics/disease/coronavirus/Pages/Cases.aspx.
The virus has specifically arrived at Clearfield county , where
Moshannon Valley C.I. is located. That the virus has entirely spared
the facility (or that it will continue to) ignores our collective
experience during this global pandemic. See United States v. Pagliuca
17 Cr. 432(CS), Dkt. No. 63 (S.D.N.Y. May 18, 2020) (holding that
despite there being no positive cases yet at FCI Fort Dix  low
security  prison facility , "that reduces the risk to Defendant,
although of course the situation could change at any time , and
of course anyone in an institution where social distancing is not
possible - be it a prison or a nursing home - is by definition increased
risk"). Of course the danger during this pandemic is that safety
today does not guarantee safetytomorrow.   Thus a number of courts
have ordered compassionate release for high risk prisoners
in prisons including Moshannon Valley C.I  see United States v.
Molina Acevedo, 18 Cr. 365(LGS) , 2020 WL 3182770 (S.D.N.Y. June
15, 2020) and United States v. Frometa Hernandez (N.Y.S.D.),
See UNited States v. Asaro, 17 Cr. 127 (ARR), 2020 WL 1899221
at * 6 (E.D.N.Y) Apr, 17, 2020) (granting compassionate release
because although there were no confirmed cases of COVID-19
at Springfield (prison  were the defendant was housed ) I cannot
conclude that no cases are in fact present without assurances
that the BOP is routinely testing everyone within the facility ).

```
CALLOUTS    FOR   12-08-2020                           WRK ASGN      QTR ASGN
---------------------------
21795-041   ARREOLA              TX NURSE     1300      QUARANTINE    C01-002L
77076-067   DI SANTI             TX NURSE     1300      QUARANTINE    C01-004L
54186-424   SHEKH                PSYCHIATRY   0700      QUARANTINE    C01-008U
35100-058   YANG                 PSYCHIATRY   0700      QUARANTINE    C01-009U
77078-067   CORREIA              PSYCHIATRY   0700      A&O           C02-004L
48830-018   CASTELLON-           PSYCHIATRY   0700      UNT C PM      C02-007L
74258-053   MEDINA               PSYCHIATRY   0700      QUARANTINE    C03-022L
55793-018   ENRIQUEZ             LAB          0700      COMMISSARY    C05-026U
21070-479   PINA                 PSYCHIATRY   0700      UNT C AM      C05-035L
84290-011   MOHAMMAD-O           PA-C         0700      CONVL-TEMP    C05-037L
66248-112   HARDAT               PA-C         0700      CONVL-TEMP    C05-037U
86233-054   TORREALBA            PSYCHIATRY   0700      UNT C AM      C06-004L
62515-018   RIVADENEIR           CRNP         0700      UNT C AM      C06-011L
07316-104   LARA                 CHRONIC CL   0700      CONVL-TEMP    C06-022L
20280-104   PATTINO OS           CRNP         0700      FOODSVCPM1    C06-032L


G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

```
REG NO        NAME           FROM         TO           TIME  CATEGORY(2)   CATEGORY(3)

CALLOUTS    FOR   11-19-2020                                 WRK ASGN      QTR ASGN
--------------------------
94167-083    ANANE                        PA-C         0700  QUARANTINE    C01-001L
93513-083    ANYAOKU                      PA-C         0700  QUARANTINE    C01-001U
38549-068    NYAMEKYE                     PA-C         0700  QUARANTINE    C01-006U
54186-424    SHEKH                        PA-C         0700  QUARANTINE    C01-008U
11655-070    DELOSSANTO                   PA-C         0700  QUARANTINE    C01-009L
35100-058    YANG                         PA-C         0700  QUARANTINE    C01-009U
03604-379    SANTACRUZ-                   R/D          1000  UNT C AM      C02-017L
22022-084    MALDONADO                    TX NURSE     0700  FOODSVCPM1    C02-039U
35222-069    MURILLO-HA                   PSYCHOLOGY   0930  UNT C PM      C03-002L
00478-138    LE                           TX NURSE     1300  PRO ED CHP    C03-035L
39684-177    MAGANA                       R/D          1000  REC 1         C03-036U
51100-424    HAMDAN                       CMC2         1430  UNT C AM      C04-009U
59695-019    CAMACHO TO                   R/D          1030  FOODSVCMID    C04-010U
65132-208    RAMIREZ-RE                   R/D          1030  UNT C PM      C04-014L
63388-018    VELAZQUEZ-                   TX NURSE     1300  FOODSVCPM1    C04-028U
26072-017    BURCHELL                     RN           0700  FOODSVCMID    C04-039U
57738-018    MARTINEZ-G                   TX NURSE     0700  FOODSVCPM1    C05-013U
09929-078    CHAVEZ-RUB                   PSYCHOLOGY   0930  FOODSVCMID    C05-027U
                                          RN           0700  FOODSVCMID    C05-027U
21070-479    PINA                         PSYCHOLOGY   0700  UNT C AM      C05-035L
71163-050    HUSKIC                       PSYCHOLOGY   0700  PROLIBRARY    C06-005U
70787-018    RODRIGUEZ-                   PSYCHOLOGY   0700  FOODSVCPM1    C06-009U
72165-050    OLUGBODE                     PSYCHOLOGY   0700  CONVL-TEMP    C06-016L
20859-041    GRACIANO                     PSYCHOLOGY   0700  FOODSVCPM1    C06-027U
63424-018    GREGORIO                     PSYCHOLOGY   0700  FOODSVCPM1    C06-035U
86911-054    GATA-AURA                    PSYCHOLOGY   0930  FOODSVCMID    C06-036U
```

G0000        TRANSACTION  SUCCESSFULLY  COMPLETED

```
CALLOUTS    FOR  12-24-2020                              WRK ASGN    QTR ASGN
-------------------------
72941-054  DALEY                    PSYCHOLOGY  0700  MECHSRVC 2   C02-001L
21070-479  PINA                     PSYCHOLOGY  0700  UNT C AM     C05-035L
71163-050  HUSKIC                   PSYCHOLOGY  0700  PROLIBRARY   C06-005U
72165-050  OLUGBODE                 PSYCHOLOGY  0700  FOODSVCAM1   C06-016L
```

```
G0000       TRANSACTION SUCCESSFULLY COMPLETED
```

| REG. NO | NAME | FROM | TO | TIME | CATEGORY (2) | CATEGORY (3) |
|---------|------|------|------|------|------------|------------|
| CALLOUTS | FOR 12-10-2020 | | | | WRK ASGN | QTR ASGN |
| 77076-067 | DI SANTI | | TX NURSE | 1300 | QUARANTINE | C01-004L |
| 54186-424 | SHEKH | | PSYCHIATRY | 0700 | QUARANTINE | C01-008U |
| 11655-070 | DELOSSANTO | | TX NURSE | 1300 | QUARANTINE | C01-009L |
| 35100-058 | YANG | | PSYCHIATRY | 0700 | QUARANTINE | C01-009U |
| | | | PSYCHOLOGY | 0930 | QUARANTINE | C01-009U |
| 48830-018 | CASTELLON- | | PSYCHOLOGY | 0930 | UNT C PM | C02-007L |
| 75999-054 | LAJARA GUI | | R/D | 0600 | MGR C | C03-026U |
| 70125-018 | SALTOS POS | | PA-C | 0700 | CONVL-TEMP | C04-011U |
| 24975-045 | MORENO-MAL | | TX NURSE | 1300 | QUARANTINE | C04-033L |
| 21070-479 | PINA | | PSYCHIATRY | 0700 | UNT C AM | C05-035L |
| | | | PSYCHOLOGY | 0700 | UNT C AM | C05-035L |
| 43696-198 | RUELAS-VIL | | PSYCHOLOGY | 0700 | CORRSRVC1 | C06-005L |
| 89974-053 | HERRERA ME | | PSYCHOLOGY | 0930 | GROUNDKEEP | C06-024U |

G0000        TRANSACTION SUCCESSFULLY COMPLETED

```
CALLOUTS    FOR  12-12-2020                                  WRK ASGN      QTR ASGN
-----------------------------
54977-479   OKULAJA                  PSYCHOLOGY  0830   QUARANTINE    C01-006L
72566-018   RAMON·MARC               TX NURSE    1300   QUARANTINE    C01-007L
35100-058   YANG                     PSYCHOLOGY  0830   QUARANTINE    C01-009U
48830-018   CASTELLON-               PSYCHOLOGY  0830   UNT C PM      C02-007L
73884-053   VIALVA                   PSYCHOLOGY  0830   UNT C AM      C03-008L
42560-069   RODRIGUEZ-               TX NURSE    1230   FOODSVCPM1    C04-013L
24975-045   MORENO-MAL               TX NURSE    1230   QUARANTINE    C04-033L
36327-298   GARCIA-FIE               TX NURSE    1130   FOODSVCPM1    C05-017L
09929-078   CHAVEZ-RUB               PSYCHOLOGY  0830   FOODSVCMID    C05-027U
21070-479   PINA                     TX NURSE    1430   UNT C AM      C05-035L
86233-054   TORREALBA                PSYCHOLOGY  0830   UNT C AM      C06-004L
89974-053   HERRERA ME               PSYCHOLOGY  0830   GROUNDKEEP    C06-024U
                                     TX NURSE    1230   GROUNDKEEP    C06-024U
20280-104   PATTINO OS               PSYCHOLOGY  0830   FOODSVCPM1    C06-032L
```

```
REG NO      NAME          FROM        TO        TIME  CATEGORY(2)  CATEGORY(3)

CALLOUTS    FOR   12-11-2020                           WRK ASGN    QTR ASGN
-------------------------
94167-083   ANANE                     TX NURSE  1300  QUARANTINE   C01-001L
77076-067   DI SANTI                  TX NURSE  1300  QUARANTINE   C01-004L
11655-070   DELOSSANTO                TX NURSE  1300  QUARANTINE   C01-009L
92013-083   SANCHEZ-LI                PA-C      0700  REC 2        C02-010L
79442-054   SUSANA                    CRNP      0700  CONVL-TEMP   C02-013L
68118-054   SANTILLAN                 PA-C      0700  QUARANTINE   C02-037L
51391-039   SHAH                      CRNP      0700  UNT C AM     C03-004U
06221-032   OCHOA                     CRNP      0700  FOODSVCMID   C04-011L
70125-018   SALTOS POS                PA-C      0700  CONVL-TEMP   C04-011U
24975-045   MORENO-MAL                TX NURSE  1300  QUARANTINE   C04-033L
26072-017   BURCHELL                  CRNP      0700  FOODSVCMID   C04-039U
49650-054   GONZALEZ-B                CRNP      0700  UNT C PM     C05-031L
21070-479   PINA                      CRNP      0700  UNT C AM     C05-035L
18163-055   INGLIMA                   CRNP      0700  UNT C PM     C06-001L
67002-054   HILARIO-BE                CRNP      0700  UNT C PM     C06-006L
20136-104   PEREZ GONZ                CRNP      0700  FOODSVCMID   C06-017U
                                      PA-C      0700  FOODSVCMID   C06-017U
79618-054   GOMEZ                     CRNP      0700  CONVL-TEMP   C06-028U
20280-104   PATTINO OS                CRNP      0700  FOODSVCPM1   C06-032L
```



G0000      TRANSACTION SUCCESSFULLY COMPLETED

```
------------------------------------ x
                                      :
                                      :
                                      :
                                      :
APPLICATION FOR RELEASE FROM          :   AFFIDAVIT OF BRIE WILLIAMS,
CUSTODY                               :   M.D.
                                      :
                                      :
                                      :
                                      :
                                      :
------------------------------------ X
```

I, Brie Williams, hereby affirm as follows:

    1.    I am a doctor duly licensed to practice medicine in the State of California.

    2.    I am currently a Professor of Medicine at the University of California, San Francisco ("UCSF") in the Geriatrics Division, Director of UCSF's Amend: Changing Correctional Culture Program, as well as Director of UCSF's Criminal Justice & Health Program. In that capacity, my clinical research has focused on improved responses to disability, cognitive impairment, and symptom distress in older or seriously ill prisoners; a more scientific development of compassionate release policies; and a broader inclusion of prisoners in national health datasets and in clinical research. I have developed new methods for responding to the unique health needs of criminal justice-involved older adults—including an evidence-based approach to reforming compassionate release policies and the design of a new tool to assess physical functioning in older prisoners. I was previously a consultant for the California Department of Corrections and Rehabilitation, as well as for other state prison systems.

    3.    I have extensive experience working with vulnerable populations, in particular the incarcerated and the elderly.

4.      I submit this affidavit in support of any defendant seeking release from custody during the COVID-19 pandemic, so long as such release does not jeopardize public safety and the inmate can be released to a residence in which the inmate can comply with CDC social distancing guidelines.  The statements in this affidavit are based only on the current state of emergency and the circumstances described below.

**The Risk of Infection and Accelerated Transmission of COVID-19 within Jails and Prisons is Extraordinarily High.**

5.      Prisons and jails are not actually isolated from our communities: hundreds of thousands of correctional officers and correctional healthcare workers enter these facilities every day, returning to their families and to our communities at the end of their shifts, bringing back and forth to their families and neighbors and to incarcerated patients any exposures they have had during the day.  Access to testing for correctional staff has been "extremely limited," guards have reported a "short supply" of protective equipment, and prisons are not routinely or consistently screening correctional officers for symptoms.[1]

6.      The risk of exposure is particularly acute in pre-trial facilities where the inmate populations shift frequently.[2]  For example, despite the federal government's guidance to stay

---

[1] Keegan Hamilton, *Sick Staff, Inmate Transfers, and No Tests: How the U.S. Is Failing Federal Inmates as Coronavirus Hits*, Vice (Mar. 24, 2020), https://www.vice.com/en_ca/article/jge4vg/sick-staff-inmate-transfers-and-no-tests-how-the-us-is-failing-federal-inmates-as-coronavirus-hits.

*See also* Daniel A. Gross, *"It Spreads Like Wildfire": The Coronavirus Comes to New York's Prisons*, The New Yorker (Mar. 24, 2020), https://www.newyorker.com/news/news-desk/it-spreads-like-wildfire-covid-19-comes-to-new-yorks-prisons; Josiah Bates, *'We Feel Like All of Us Are Gonna Get Corona.' Anticipating COVID-19 Outbreaks, Rikers Island Offers Warning for U.S. Jails, Prisons*, Time (Mar. 24, 2020), https://time.com/5808020/rikers-island-coronavirus/; Sadie, Gurman, *Bureau of Prisons Imposes 14-Day Quarantine to Contain Coronavirus*, WSJ (Mar. 24, 2020), https://www.wsj.com/articles/bureau-of-prisons-imposes-14-day-quarantine-to-contain-coronavirus-11585093075; Cassidy McDonald, *Federal Prison Workers Say Conflictings Orders on Coronavirus Response Is Putting Lives at Risk*, CBS News (Mar. 19, 2020), https://www.cbsnews.com/news/coronavirus-prison-federal-employees-say-conflicting-orders-putting-lives-at-risk-2020-03-19/.

[2] Emma Grey Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons*, Wired (Mar. 24, 2020), https://www.wired.com/story/coronavirus-covid-19-jails-prisons/.

2

inside and many states' stay-in-place orders, many prosecutors are still arresting individuals and seeking detention.[3]   Pre-trial detention facilities are still accepting new inmates who are coming from communities where COVID-19 infection is rampant.   As of today's date, the Bureau of Prisons is still moving inmates from facility to facility, including prisoners in New York.[4]

7.     Because inmates live in close quarters, there is an extraordinarily high risk of accelerated transmission of COVID-19 within jails and prisons.   Inmates share small cells, eat together and use the same bathrooms and sinks.   They eat together at small tables that are cleaned only irregularly.   Some are not given tissues or sufficient hygiene supplies.[5]   Effective social distancing in most facilities is virtually impossible, and crowding problems are often compounded by inadequate sanitation, such as a lack of hand sanitizer or sufficient opportunities to wash hands.[6]

**Inmate Populations Also Have the Highest Risk of Acute Illness and Poor Health Outcomes if Infected with COVID-19.**

8.     There are more than 2.3 million people incarcerated in the United States[7]

---

[3] Stephen Rex Brown, *'Business as Usual' For Federal Prosecutors Despite Coronavirus, Nadler Writes, Calling for Release of Inmates*, N.Y. Daily News (Mar. 20, 2020), https://www.nydailynews.com/new-york/ny-nadler-doj-inmates-20200320-d6hbdjcuj5aitppi3ui2xz7tjy-story.html.

[4] Courtney Bublé, *Lawmakers, Union Urge Halt to All Prison Inmate Transfers*, Government Executive (Mar. 25, 2020), https://www.govexec.com/management/2020/03/lawmakers-union-urge-halt-all-prison-inmate-transfers/164104/; Hamilton, *Sick Staff, Inmate Transfers*; Luke Barr, *Despite Coronavirus Warnings, Federal Bureau of Prisons Still Transporting Inmates*, ABC News (Mar. 23, 2020),https://abcnews.go.com/Health/warnings-bureau-prisons-transporting-inmates-sources/story?id=69747416.

[5] Justine van der Leun, *The Incarcerated Person Who Knows How Bad It Can Get*, Medium (Mar. 19, 2020), https://gen.medium.com/what-its-like-to-be-in-prison-during-the-coronavirus-pandemic-1e770d0ca3c5 ("If you don't have money, you don't have soap or tissues."); Keri Blakinger and Beth Schwartzapfel, *How Can Prisons Contain Coronavirus When Purrell Is a Contraband?*, ABA Journal (Mar. 13, 2020), https://www.abajournal.com/news/article/when-purell-is-contraband-how-can-prisons-contain-coronavirus.

[6] Rosa Schwartzburg, *'The Only Plan the Prison Has Is to Leave Us To Die in Our Beds'*, The Nation (Mar. 25, 2020), https://www.thenation.com/article/society/coronavirus-jails-mdc/.

[7] Kimberly Kindy *et al.*, *'Disaster Waiting to Happen': Thousands of Inmates Released as Jails and Prisons Face Coronavirus Threat*, Washington Post (Mar. 25, 2020), https://www.washingtonpost.com/national/disaster-waiting-to-happen-thousands-of-inmates-released-as-jails-face-coronavirus-threat/2020/03/24/761c2d84-6b8c-11ea-b313-df458622c2cc_story.html.

sick inmates, other than the facilities' Special Housing Unit (SHU).[23]  While the cells in the SHU have solid doors to minimize the threat of viral spread in otherwise overcrowded facilities, they rarely have intercoms or other ways for sick inmates to contact officers in an emergency.[24]  This is particularly dangerous for those with COVID-19 infection since many patients with COVID-19 descend suddenly and rapidly into respiratory distress.[25]

18.    Even those facilities that do have healthcare centers can only treat relatively mild types of respiratory problems for a very limited number of people.[26]  This means that people who become seriously ill while in prisons and jails will be transferred to community hospitals for care. At present, access to palliative care in prison is also limited.

19.    Corrections officers may also be particularly vulnerable to coronavirus due to documented high rates of diabetes and heart disease.[27]  Prison staff in Pennsylvania, Michigan, New York and Washington state have tested positive for the virus, resulting in inmate quarantines. In Washington, D.C., a U.S. marshal who works in proximity to new arrestees tested positive for the virus, meaning dozens of defendants headed for jail could have been exposed.[28]  In New York,

---

[23] MCC New York COVID 19 Policy Memo, Mar. 19, 2020, https://www.documentcloud.org/documents/6818073-MCC-New-York-COVID-19-Policy-Memo.html; Danielle Ivory, *'We Are Not a Hospital': A Prison Braces for the Coronavirus*, N.Y. Times (Mar. 17, 2020), https://www.nytimes.com/2020/03/17/us/coronavirus-prisons-jails.html.

[24] Brie Williams *et al.*, *Correctional Facilities in the Shadow of COVID-19: Unique Challenges and Proposed Solutions*, Health Affairs (Mar. 26, 2020), https://www.healthaffairs.org/do/10.1377/hblog20200324.784502/full/.

[25] Lizzie Presser, *A Medical Worker Describes Terrifying Lung Failure From COVID-19–Even in His Young Patients*, ProPublica (Mar. 21, 2020), https://www.propublica.org/article/a-medical-worker-describes--terrifying-lung-failure-from-covid19-even-in-his-young-patients.

[26] Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons*; Li and Lewis, *This Chart Shows Why the Prison Population is So Vulnerable to COVID-19*.

[27] Brie Williams, *Role of US-Norway Exchange in Placing Health and Well-Being at the Center of US Prison Reform*, https://ajph.aphapublications.org/doi/10.2105/AJPH.2019.305444 (published Jan. 22, 2020).

[28] Zusha Elinson and Deanna Paul, *Jails Release Prisoners, Fearing Coronavirus Outbreak*, WSJ (Mar. 22, 2020), https://www.wsj.com/articles/jails-release-prisoners-fearing-coronavirus-outbreak-11584885600 ("We're all headed for some dire consequences," said Daniel Vasquez, a former warden of San Quentin and Soledad state prisons in

7

236 members of the New York Police Department have tested positive for coronavirus and 3,200 employees are sick, triple the normal sick rate.[29]   Two federal prison staffers have also tested positive.[30]

20.   For this reason, correctional health is public health. Decreasing risk in prisons and jails decreases risk to our communities.

21.   Reducing the overall population within correctional facilities will also help medical professionals spread their clinical care services throughout the remaining population more efficiently.   With a smaller population to manage and care for, healthcare and correctional leadership will be better able to institute shelter in place and quarantine protocols for those who remain. This will serve to protect the health of both inmates as well as correctional and healthcare staff.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: San Francisco, California
          March 27, 2020

_____
Dr. Brie Williams

---

California. "They're in such close quarters—some double- and triple-celled—I think it's going to be impossible to stop it from spreading.").

[29] Erin Durkin, *Thousands of NYPD Officers Out Sick Amid Coronavirus Crisis*, Politico (Mar. 25, 2020), https://www.politico.com/states/new-york/albany/story/2020/03/25/thousands-of-nypd-officers-out-sick-amid-coronavirus-crisis-1268960.

[30] Elinson and Paul, *Jails Release Prisoners, Fearing Coronavirus Outbreak*.

approximately 16% of whom are age 50 or older.[8]  The risk of coronavirus to incarcerated seniors

is high. "Their advanced age, coupled with the challenges of practicing even the most basic disease

prevention measures in prison, is a potentially lethal combination."[9]  To make matters worse,

correctional facilities are often ill-equipped to care for aging prisoners, who are more likely to

suffer from chronic health conditions than the general public.

9.      An estimated 39-43% of all prisoners, and over 70% of older prisoners, have at

least one chronic condition, some of the most common of which are diabetes, hypertension, and

heart problems.[10] According to the CDC, each of these conditions—as well as chronic bronchitis,

emphysema, heart failure, blood disorders, chronic kidney disease, chronic liver disease, any

condition or treatment that weakens the immune response, current or recent pregnancy in the last

two weeks, inherited metabolic disorders and mitochondrial disorders, heart disease, lung disease,

and certain neurological and neurologic and neurodevelopment conditions[11]—puts them at a

"high-risk for severe illness from COVID-19."[12]

---

[8] Brie Williams *et al.*, *Strategies to Optimize the Use of Compassionate Release from US Prisons*, 110 AJPH S1, S28 (2020), *available at* https://ajph.aphapublications.org/doi/full/10.2105/AJPH.2019.305434; Kimberly A. Skarupski, *The Health of America's Aging Prison Population*, 40 Epidemiologic Rev. 157, 157 (2018), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5982810/.

[9]  Weihua Li and Nicole Lewis, *This Chart Shows Why the Prison Population is So Vulnerable to COVID-19*, The Marshall Project (Mar. 19, 2020), https://www.themarshallproject.org/2020/03/19/this-chart-shows-why-the-prison-population-is-so-vulnerable-to-covid-19.

[10] Brie A. Williams *et al.*, *How Health Care Reform Can Transform the Health of Criminal Justice-Involved Individuals*, 33 Health Affairs 462-67 (2014), https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4034754/; Brie A. Williams *et al.*, *Coming Home: Health Status and Homelessness Risk of Older Pre-release Prisoners*, 25 J. Gen. Internal Med. 1038-44 (2010), *available at* https://link.springer.com/content/pdf/10.1007/s11606-010-1416-8.pdf; Laura M. Maruschak *et al.*, *Medical Problems of State and Federal Prisoners and Jail Inmates, 2011-12*, U.S. Dept of Justice (Oct. 4, 2016), at 5, *available at* https://www.bjs.gov/content/pub/pdf/mpsfpji1112.pdf.

[11] Harvard Health Publishing, *Coronavirus Research Center*, Harvard Medical School (Mar. 25, 2020), https://www.health.harvard.edu/diseases-and-conditions/coronavirus-resource-center.

[12] Centers for Disease Control and Prevention, *Coronavirus Disease 2019: People Who Are at Higher Risk*, https://www.cdc.gov/coronavirus/2019-ncov/specific-groups/people-at-higher-risk.html (last updated Mar. 22, 2020).

10.     However, even many young federal prisoners suffer from asthma, rendering them also very vulnerable to coronavirus.[13]

11.     But it is not only the elderly, or those with preexisting medical conditions that are at risk of coronavirus in a correctional setting.  As of March 23, 2020, New York City reported that "[p]eople ranging in ages from 18 to 44 have accounted for 46 percent of positive tests."[14] Across the United States, 38% of those hospitalized are between the ages of 20 and 54 and 12% of the intensive care patients are between 20 and 44.[15]

12.     This data is of particular concern for inmate populations, since prisoners' physiological age *averages 10 to 15 years older* than their chronological age.[16]  Therefore, the consensus of those who study correctional health is that inmates are considered "geriatric, by the age of 50 or 55 years."[17]  It is not clear that prison health care administrations are taking accelerated ageing into account when determining the eligibility criteria for age-related screening tools and medical care protocols for coronavirus, potentially leaving large swathes of the prison population at risk.[18]

---

[13] Laura Maruschak, *Medical Problems of Jail Inmates*, Dep't of Justice (Nov. 2006), at p. 2, *available at* https://www.bjs.gov/content/pub/pdf/mpji.pdf.

[14] Kimiko de Freytas-Tamura, *20-Somethings Now Realizing That They Can Get Coronavirus, Too*, N.Y. Times (Mar. 23, 2020), https://www.nytimes.com/2020/03/23/nyregion/nyc-coronavirus-young.html.

[15] *Id.*

[16] Brie A. Williams *et al.*, *Aging in Correctional Custody: Setting a Policy Agenda for Older Prisoner Health Care*, 102 Am. J. Public Health 1475-81 (2012), *available at* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3464842/; *see also* Brie Williams *et al.*, *Detained and Distressed: Persistent Distressing Symptoms in a Population of Older Jail Inmates*, 64 J. Am. Geriatrics Soc. 2349-55 (2016), https://onlinelibrary.wiley.com/doi/pdf/10.1111/jgs.14310 ("For example, older jail inmates with an average age of 60 in this study reported poor or fair health [and] chronic lung disease . . . at rates similar to those reported by community-based lower income older adults with an average age of 72.").

[17] Brie A. Williams *et al.*, *The Older Prisoner and Complex Chronic Medical Care* 165-70 in World Health Organization, *Prisons and Health* (2014), https://pdfs.semanticscholar.org/64aa/10d3cff6800ed42dd152fcf4e13440b6f139.pdf.

13.     In one study, we found that inmates who died in hospitals were, on average, nearly two decades younger than non-incarcerated decedents, had significantly shorter hospitalizations, and had higher rates of several chronic conditions including cancer, liver disease and/or hepatitis, mental health conditions, and HIV/AIDS."[19]

**The Entire Community is at Risk If Prison Populations Are Not Reduced**

14.     As the World Health Organization has warned, prisons around the world can expect "huge mortality rates" from Covid-19 unless they take immediate action including screening for the disease.[20]

15.     As of March 24, 2020, at least 38 people involved in the New York City correctional system have tested positive for Covid-19.[21]  Already, three inmates and three staff at federal correctional facilities across the United States have tested positive for the coronavirus, according to the Federal Bureau of Prisons.[22]

16.     Jails and prisons are fundamentally ill-equipped to handle a pandemic.

17.     Medical treatment capacity is not at the same level in a correctional setting as it is in a hospital.  Some correctional facilities have no formal medical ward and no place to quarantine

---

[18] Brie A. Williams *et al.*, *Differences Between Incarcerated and Non-Incarcerated Patients Who Die in Community Hospitals Highlight the Need For Palliative Care Services For Seriously Ill Prisoners in Correctional Facilities and in Community Hospitals: a Cross-Sectional Study*, 32 J. Pallitive Med. 17-22 (2018), *available at* https://journals.sagepub.com/doi/pdf/10.1177/0269216317731547.

[19] *Id.* at 20.

[20] Hannah Summers, *'Everyone Will Be Contaminated': Prisons Face Strict Coronavirus Controls*, The Guardian (Mar. 23, 2020), https://www.theguardian.com/global-development/2020/mar/23/everyone-will-be-contaminated-prisons-face-strict-coronavirus-controls.

[21] Ellis, *Covid-19 Poses a Heightened Threat in Jails and Prisons.*

[22] Ryan Lucas, *As COVID-19 Spreads, Calls Grow to Protect Inmates in Federal Prisons*, NPR (Mar. 24, 2020), https://www.npr.org/sections/coronavirus-live-updates/2020/03/24/820618140/as-covid-19-spreads-calls-grow-to-protect-inmates-in-federal-prisons.

Esto certifica que

**LEONARDO PINA**

Fue bautizado en el nombre del Padre, del Hijo y del Espíritu Santo

En

Moshannon Valley, Phillipsburg Pa, USA

En el día 29 de Septiembre en el ano de nuestro Señor 2019

_____

Rev. Abner Garcia

Un solo Señor, una sola fe, un solo bautismo
un solo Dios y Padre de todos, el cual es sobre todos
y por todos y en todos

**Efesios 4:5-6**

# United States Department of Justice
## Federal Bureau of Prisons

# LEONARDO PINA

has satisfactorily completed the
requirements for the forty hour
**DRUG ABUSE EDUCATION COURSE**
and is hereby awarded this

**Certificate of Achievement in Drug Education**

_____
4/28/2017
**Date**

_____
**D. A. P. Coordinator**

_____
**Drug Treatment Specialist**

© 1998 GOES 3912
All Rights Reserved
LITHO. IN U.S.A.

# United States Department of Justice
## Federal Bureau of Prisons

### LEONARDO PINA

has satisfactorily completed the

requirements for the

## NON-RESIDENTIAL DRUG TREATMENT PROGRAM

and is hereby awarded this

*Certificate of Achievement*




6/28/17

# F.C.I. SCHUYLKILL
## CERTIFICATE OF ACHIEVEMENT
### AWARDED TO:



*PINA*
*# 21070-479*

**ANATOMY 8 CLASS**

A. Ducayne, Program Supervisor

June, 2019



# F.C.I. SCHUYLKILL
## CERTIFICATE OF ACHIEVEMENT
### AWARDED TO:

*PINA*
*# 21070-479*

## GENERAL WELLNESS CLASS
### BRAIN FITNESS

A. Ducayne, Program Supervisor

March, 2019

# F.C.I. SCHUYLKILL

## CERTIFICATE OF ACHIEVEMENT

### AWARDED TO:



*PINA*
*# 21070-479*

## ANATOMY & PHYSIOLOGY CLASS
## INTEGUMENTARY SYSTEM



April, 2019

_____
A. Ducayne, Program Supervisor



# F.C.I. SCHUYLKILL
## CERTIFICATE OF ACHIEVEMENT
### AWARDED TO:

*PINA*
*# 21070-479*

## BODY COMPOSITION CLASS

A. Ducayne, Program Supervisor

April, 2019

Case 1:01-cr-00019-VM Document 482 Filed 02/03/21 Page 84 of 88

# F.C.I. SCHUYLKILL

## CERTIFICATE OF ACHIEVEMENT

### AWARDED TO:



*PINA*
*# 21070-479*

## DISEASE PREVENTION CLASS
### BLOOD PRESSURE AWARENESS



A. Ducayne, Recreation Department

April, 2019

# F.C.I. SCHUYLKILL

## CERTIFICATE OF ACHIEVEMENT

### AWARDED TO:



*PINA*
*# 21070-479*

**FUNCTIONAL ANATOMY 1 CLASS**

_____
A. Ducayne, Program Supervisor

July, 2019

# F.C.I. SCHUYLKILL

## CERTIFICATE OF ACHIEVEMENT

### AWARDED TO:



**PINA**
**# 21070-479**

## NUTRITION CLASS

_A. Ducayne, Recreation Department_

April, 2019

# F.C.I. SCHUYLKILL
## CERTIFICATE OF ACHIEVEMENT
### AWARDED TO:



PINA
# 21070-479

## ANATOMY & PHYSIOLOGY CLASS
### NERVOUS SYSTEM

A. Ducayne, Program Supervisor

March, 2019



From: Leonardo Pina
BOP #21070-479, MVCC
555 GEO Drive,
Philipsburg, PA, 16866

01 Cv. 619





PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7019 1120 0001 4965 0866

To: Honorable Judge Victor Ma
United States District Court
Southern District of New Yor
Daniel Patric Moynihan US Cou

500 Pearl Street,
New York, NY, 10007