USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/23

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

LEONARDO PIÑA,

                Defendant.

**01 Cr. 619 (VM)**

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

The Government is hereby directed to respond within ten (10) days to Defendant's letter, filed September 7, 2023, requesting a modification of his sentence. (<u>See</u> Dkt. No. 413.)

**SO ORDERED.**

Dated:    11 September 2023
           New York, New York

_____
Victor Marrero
U.S.D.J.

1