

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 20, 2023

**By ECF**

Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/21/2023
```

Re:   *United States* v. *Leonardo Pina,* 01 Cr. 619 (VM)

Dear Judge Marrero:

      The Government respectfully writes to request an extension of the deadline for submitting its response to the defendant's Motion for Modification of Sentence to Add Supervised Release or Non-Reporting Supervised Release (the "Motion") until September 29, 2023.  (Dkt. 414).  I have been responsible for handling a violation of supervised release hearing before Judge Alvin K. Hellerstein in *United States v. Nicholas Truglia*, 19 Cr. 921 (AKH), which began on September 18, 2023, and will resume tomorrow, September 21, 2023.  In addition, I am in the process of consulting with counsel for the Federal Bureau of Prisons concerning their position on the Motion.  The additional time sought herein will allow additional time to continue that consultation, research the applicable authorities, and prepare the Government's submission.

      Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

By:   _____/s/_____
Timothy V. Capozzi
Assistant United States Attorney
Tel: (212) 637-2404



Request **GRANTED**.
The above-referenced deadline is hereby extended to Sept. 29, 2023.

**SO ORDERED.**
9/21/2023
DATE                    VICTOR MARRERO, U.S.D.J.