```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/16/23
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

LEONARDO PINA,

                Defendant.

**01 Cr. 619 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    On September 7, 2023, Defendant filed a letter motion requesting a modification of his sentence. (See Dkt. No. 413.) On October 13, 2023, the Government filed its response to Defendant's letter motion. (See Dkt. No. 419.)

    For the reasons articulated by the Government, Defendant's motion is hereby **DENIED** as moot.

**SO ORDERED.**

Dated:    16 October 2023
            New York, New York

                                        Victor Marrero
                                        U.S.D.J.