**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/30/23
```

UNITED STATES OF AMERICA,

                Plaintiff,

   - against -

LEONARDO PINA,

                Defendant.

**01 Cr. 619 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    The Government is hereby directed to respond within seven (7) days to the letter filed by Defendant at Docket No. 422.

**SO ORDERED.**

Dated:    30 October 2023
             New York, New York

_____
Victor Marrero
U.S.D.J.