**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/1/2024

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

LEONARDO PINA,

                Defendant.

**01 Cr. 619 (VM)**

**ORDER**

**VICTOR MARRERO, United States District Judge.**

    Defendant moves (see Dkt. No. 435) for reconsideration (the "Motion") of the Court's Decision and Order, dated December 19, 2023 (see Dkt. No. 433), denying his previous motion for modification of his sentence to add supervised release. Upon careful consideration of Defendant's latest arguments and the record herein, the Motion is hereby **DENIED**, as Defendant has not presented controlling decisions or material facts that were before the Court on the previous motion and that might have materially influenced its decision. See also 18 U.S.C. Section 3582(c)(1)(A)(i); id. Section 3632(d)(4)(E)(i); U.S. Sent'g Guidelines Manual Section 1B1.13 (U.S. Sent'g Comm'n 2023) (amended Nov. 1, 2023); United States v. Feliz, No. 16 Cr. 809, 2023 WL 8275897, at *2-4 (S.D.N.Y. Nov. 30, 2023).

1

2

**SO ORDERED.**

Dated:    1 January 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.