USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/5/24

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES OF AMERICA,

-v-

LEONARDO PINA,

                    Defendant.

01 Cr. 619 (VM)

**ORDER**

**VICTOR MARRERO, District Judge:**

    On September 21, 2018, the defendant was sentenced principally to a term of imprisonment of 108 months.

    On December 18, 2023, the defendant filed a motion requesting that this Court consider a sentence reduction pursuant to Amendment 821 to the Sentencing Guidelines, which went into effect on November 1, 2023 and applies retroactively. The United States Probation Department has issued a report indicating that the defendant is not eligible for a sentence reduction. (See Dkt. No. 438.)

    The Court has considered the record in this case, and the defendant's submission on this motion.

    It is hereby **ORDERED** that the defendant is ineligible for a sentence reduction because he used violence or credible threats of violence in connection with the relevant offense and because he possessed a firearm or other dangerous weapon in connection

with the offense. See Guidelines Manual § 4C1.1(a)(3), (7). The motion is accordingly **DENIED**.

    **SO ORDERED.**

Dated: February 5, 2024
      New York, New York

                                        Victor Marrero
                                           U.S.D.J.